UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 3:16CR48 (MPS) |
| NATHANIEL SMITH | : | March 18, 2016 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I. Eligibility of Case

This case is eligible for pretrial detention because it involves:

__X__ a crime of violence as defined in Title 18, United States Code, Section 3156 or an offense listed in Title 18, United States Code, Section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

_____ an offense for which the maximum sentence is life imprisonment or death;

_____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 *et seq.*), the Controlled Substances Import and Export Act (21 U.S.C. 951 *et seq.*), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 *et seq.*);

_____ a felony committed after the defendant has been convicted of two or more offense [described in the preceding three categories] or [two or more State or local offenses that would have been in any of the preceding three categories if a circumstance giving rise to Federal jurisdiction had existed], [or a combination of

such offenses];

__X__ a serious risk that the defendant will flee;

_____ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.  Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

__X__ the defendant's appearance as required; and/or

__X__ the safety of any other person and the community.

III. Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies because:

_____ the defendant has been convicted of a Federal offense described in 18 U.S.C. §3142(f)(1) or of a State or local offense that would have been an offense described in § 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

_____ an offense described in 18 U.S.C. § 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

_____ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in 18 U.S.C. § 3142(e)(1), whichever is later; or

__X__ there is probable cause to believe that the defendant committed an offense for

which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 *et seq.*), the Controlled Substances Import and Export Act (21 U.S.C. §951 *et seq.*), the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 *et seq.*), or an offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or offenses listed in §2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed, or an offense involving a minor victim under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

IV. <u>Time for Detention Hearing</u>

The defendant is in custody on related state charges. The Government requests that the court postpone a detention hearing until defendant's release on the related state charges. The Government understands that the defendant does not oppose this motion.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct16324
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

CERTIFICATION OF SERVICE

A true and correct copy of the foregoing was hand-delivered this 18th day of March, 2016, to:

Deirdre Murray
Assistant Federal Public Defender
265 Church Street, Suite 702
New Haven, CT 06510

*/s/ Nancy V. Gifford*
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY