**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:16CR048(MPS) |
| NATHANIEL SMITH | : | MARCH 27, 2017 |

## MOTION FOR PERMISSION TO FILE UNDER SEAL

The defendant, Nathaniel Smith, respectfully requests permission for leave to file his Memorandum in Aid of Sentencing and Exhibits A, B, K, L, M, N, O, Q, R, S, BB, and DD under seal. In support of this Motion, defendant, through counsel, states that the filing of these documents under seal is in the interest of justice as they contain medical and psychiatric information of Mr. Smith and extended family members.

Respectfully submitted,

THE DEFENDANT,
Nathaniel Smith

OFFICE OF THE FEDERAL DEFENDER

Dated: March 27, 2017

/s/ Kelly M. Barrett
Kelly M. Barrett
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Bar No. ct27410
Phone: 203-498-4200
Fax: 203-498-4207
Email: Kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Kelly M. Barrett
Kelly M. Barrett