# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:16CR048(MPS) |
| NATHANIEL SMITH | : MARCH 27, 2017 |

### EXHIBITS TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

The defendant, Nathaniel Smith, respectfully files Exhibits C, D, E, F, G, H, I, J, P, T, U, V, W, X, Y, Z, AA, and CC to his Memorandum in Aid of Sentencing filed on March 27, 2017.

Respectfully submitted,

THE DEFENDANT,
Nathaniel Smith

OFFICE OF THE FEDERAL DEFENDER

Dated: March 27, 2017

/s/ Kelly M. Barrett
Kelly M. Barrett
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Bar No. ct27410
Phone: 203-498-4200
Fax: 203-498-4207
Email: Kelly_barrett@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 27, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Kelly M. Barrett
                                            Kelly M. Barrett