

# EXHIBIT D



Available online at www.sciencedirect.com
ScienceDirect
Neuromuscular Disorders 24 (2014) 445–452

www.elsevier.com/locate/nmd

Workshop report

# Consensus on cerebral involvement in myotonic dystrophy Workshop report: May 24–27, 2013, Ferrere (AT), Italy

E. Bugiardini, G. Meola *, on behalf of the DM-CNS Group [1]

*Department of Biomedical Sciences for Health, IRCCS Policlinico San Donato, University of Milan, Milan, Italy*

Received 22 January 2014

## 1. Introduction

Thirty-four clinicians, scientists and representatives from industries convened for a workshop on cerebral involvement in myotonic dystrophy (DM). The workshop was held in Ferrere (Asti) from May 24th to 27th 2013 and as the previous one [1] had the purpose to stimulate the research on CNS dysfunction in DM and to discuss major issues regarding CNS involvement.

Classically viewed as a neuromuscular disease, for many years research on DM has been principally focused on muscular aspects. Therefore few data are available for CNS involvement. With new therapeutic developments with potential to affect pathophysiology across multiple tissues and organ systems it will be mandatory to increase our understanding of CNS pathophysiology in order to appropriately monitor whether or not there is beneficial effect in CNS. Indeed CNS dysfunction is one of the major issue affecting quality of life in DM patients thus it has to be appropriately considered in planning clinical trials.

This workshop included different themes covering all the topics of DM CNS involvement. CNS research needs to proceed faster and consensus has to be established in the major themes of CNS study. The present report describes the major issues that emerged during the workshop, with the aim of updating and stimulating research in this critical field.

* Corresponding author. Address: Department of Biomedical Sciences for Health, University of Milan, IRCCS Policlinico San Donato, Via Morandi, 30, 20097 San Donato Mil., Milan, Italy. Tel.: +39 02 52774480; fax: +39 02 5274717.

*E-mail address:* giovanni.meola@unimi.it (G. Meola).

[1] See participants' list in Appendix A.

http://dx.doi.org/10.1016/j.nmd.2014.01.013
0960-8966/© 2014 Elsevier B.V. All rights reserved.

## 2. Sessions description

### 2.1. Theme 1: Perspectives of the North America and European DM CNS task force; Chairs: Drs. Pearson and Meola

C. Pearson introduced the meeting by summarizing the proceedings and outcomes of the previous workshop on CNS involvement in myotonic dystrophy [1]. Comparing to the previous meeting agenda, themes on DM registries, nomenclature and neuropathology had been added. Drug companies have been invited to participate to the meeting. Dr. Pearson re-emphasized the need to organize subgroups on different aspects of CNS involvement (i.e. neuroimaging, neuropathology, neuropsychological fields) and to establish consensus protocols in each area.

Dr. Meola emphasized the ongoing problem of identifying suitable central nervous system biomarkers. A challenge to biomarker discovery is to understand the extent of disease progression at time of diagnosis. Neuroimaging biomarkers could be useful but the interpretation of white matter hyperintensity lesion (WMHL) is in its early phase and the correlation between WMHL and cognitive abnormalities is still controversial. The possible coexistence of vascular hypoxic damage due to vascular risk factors has to be taken in account.

Total-tau increase and Aß42 decrease in cerebral spinal fluid (CSF) have been found in DM1 patients [2] and central nervous system plasma biomarkers are going to be studied. However, further study on CSF and blood biomarkers coupled to neuropsychological assessment and brain imaging would be necessary. Longitudinal studies of neuropsychological and neuroimaging features and correlative studies between them need to be

performed. Giving the emerging role of CNS dysfunction in DM it is important that aspects of both muscle and CNS involvement be considered when planning a clinical trial.

### 2.2. Theme 2: Nomenclature childhood DM and quality of life; Chair: Dr. Eymard

Patients with myotonic dystrophy type 1 (DM1) can be divided into different main subtypes based on their clinical presentation and age of onset: congenital, childhood and adult forms.

Congenital DM1 patients are characterized by prenatal symptoms (i.e. reduced fetal movements and polyhydramnios), hypotonia, congenital contracture and sucking difficulties at birth. Dr. Ekström proposed to subdivide congenital DM1 in patients with and without life-threatening condition at birth [3,4]. This distinction seems to reflect different neuropsychological phenotype [5].

Childhood DM1 [6] was defined by onset between 1 and 10 years of age. The earlier symptoms are failure to thrive accompanied by abdominal symptoms and variable degree of learning disabilities. Based on neuropsychological features [7] it is possible to separate the childhood form in two subgroups: severe (mental retardation with a mean IQ score below 60) and mild phenotype (normal intelligence). The diagnosis of childhood DM1 is often missed due to the lack of clearly neurological symptoms. To improve early diagnosis it is important to involve the families and to create a more strict collaboration between child and adult neurologist. It is also important to identify the population of patients with unknown or neglected childhood onset investigating the presence of learning disabilities in adult DM1 during their childhood.

There is not consensus on juvenile form (onset between 10 and 16 years of age) and more clinical data and a better definition are requested.

There is a continuum between the child forms of DM1 and patients with intermediate features between congenital and childhood forms have been described. Nevertheless the set up of a uniform classification makes different studies comparable. An international consensus for definition of paediatric DM1 subgroups is requested.

Quality of life is an important issue in evaluation of DM patients and it has to be considered as outcome measure in future clinical trials. Not always the most prevalent cognitive symptoms are the same that have the greatest impact on patients' lives. Dr. Heatwole presented the Myotonic Dystrophy Health Index (MDHI), a validated, patient reported outcome measure to use in clinical trials. It is based on patients' perception of symptoms largely derived by relevant data from PRISM-1 study [8]. Based on the same patient-centric approach, Dr. Johnson presented a similar index of quality of life for congenital and childhood form of DM1 (CCMDHI) derived from symptoms identified in a recent study [9]. Four versions of the index have been created depending on patients' age. It will be useful to verify and apply the same index of quality of life in the different centres worldwide.

### 2.3. Theme 3: Neurodevelopmental, neurofunctional or neurodegenerative; Chair: Dr. Housman

In this session the challenges involved in the understanding of the underlying molecular events which are responsible for CNS phenotypes in DM were discussed. The value of analysis of RNA expression using post-mortem brain samples in DM and in others CNS disorders was emphasized. Further RNA Sequencing (RNA-Seq) studies should clearly be carried out as soon as possible. The use of ribosome protection methodology to get high quality RNA-Seq data from samples with long post-mortem delays and consequent poor mRNA integrity was discussed. A limited number of DM post-mortem brain samples are currently available. Therefore it was proposed to develop a network to increase tissue collection. The need for acquisition of a broad range of such samples, if possible, was emphasized given the heterogeneity of DM with respect to somatic repeat length.

The possibility of carrying out some studies using neuronal cells developed in culture from DM induced pluripotent stem (IPS) cells was discussed. This was felt to be a good approach and some initial progress in this direction has been seen. It was also noted that some embryonic stem cell lines have been developed from DM pre-implantation diagnosis embryos at one site in the UK and that these cell lines might also be a valuable source for producing DM neuronal cells in culture. The session concluded on the overall theme of how important establishing the molecular basis of DM CNS pathology will be to the development of effective interventions to limit or prevent such pathology.

### 2.4. Theme 4: Characterizing cognition in DM and OMMYD strategy; Chair: Dr. Winblad

Dr. Winblad introduced this session with a summary of what is known on cognitive deficits in DM1. Cognitive dysfunctions are present in different grade in all DM1 forms representing a continuum of the neurocognitive deficit. In adult and childhood patients there are selective neurocognitive deficits involving visuospatial abilities and executive functions. In childhood DM1 there is a great deficiency in speed of processing while verbal comprehension was preserved [10]. Reading and spelling impairment are frequent in DM1 child and should be assessed [11]. Congenital DM1 is associated with more severe dysfunctions such as mental retardation leading to learning disabilities and delayed development.

Dr. Angeard focused attention on the frequency of psychiatric problems (as phobia, mood disorder, anxiety disorder) in childhood DM1 [12]. Attention-deficit–hyperactivity disorder (ADHD)

(inattentive subtype) and autism spectrum disorder [13] or alexitimia [12] were also reported in children with DM1. Therefore the importance to explore the social cognition, the facial emotional cognition and to study the theory of mind in children with DM1 was stressed.

It was agreed that there should be a consensus to select the "gold standard" neuropsychological tests. It is important to define relevant cognitive domains and the best tests to characterize them. An important issue that emerged was the hypothesis that a decline in cognitive abilities may be present over time. This hypothesis should be explored in future longitudinal studies examining nature and rate of cognitive decline.

Dr. Richer underlined the importance of understanding the influence of different factors (i.e. motor function, myotonia, fatigue, depression) on performances in neuropsychological tests. This bias may complicate the interpretation and usefulness of cognitive test and may partially explain the contradictory results that have emerged in literature. Studies with large and uniform samples of DM1 patients are requested to better characterize cognition.

Defining appropriate outcome measures is mandatory to begin clinical trials. Dr. Gagnon presented data obtained from an expert consensus conference (OMMYD-1) [14]. Specific subgroups for six different domains have been created including: muscle testing and training; upper and lower extremity functions; disease severity index; central nervous system/cognitive; quality of life and fatigue/somnolence. Considering the assessment of cognitive domain only Trail Making Test A and B, Color Word Stroop Test, FAS (oral word association), WAIS-R Block design subtests resulted in sensitivity suitable for clinical trials. There are few longitudinal studies and not all domains are covered. Reliability is unknown for all test in DM1 therefore it may be hard to discriminate real changes from measurements error.

### *2.5. Theme 5: Neuroimaging in DM1/DM2; Chair: Dr. Kornblum*

Different neuroimaging techniques have been used to study brain involvement in DM. Early studies on cerebral metabolites (HMRS) and cerebral metabolism (FDG-PET) showed impaired brain function. Perfusion PET studies demonstrated hypoperfusion of frontal and temporal lobes in patients with DM1 and to a minor degree in patients with DM2 [15]. In recent years, studies made use of several advanced morphological MR imaging techniques and demonstrated a predominant and widespread cerebral white matter alteration which is more pronounced in DM1 than DM2 [16]. White matter changes can be detected even without corresponding lesions on T2-weighted MRIs thus suggesting microstructural abnormalities. It is still unclear what these changes represent at the neuroanatomical or neurofunctional level. Comparative studies of brain imaging and neuropathological findings might be useful for a better understanding of the neuropathological correlates of morphological MRI changes.

Dr. Wozniak presented his study on DM1 children and adolescents which demonstrated an association between cerebral white matter abnormalities and the degree of working memory impairment [17]. He suggested that some cognitive features that were not reflected by white matter changes might be correlated with grey matter changes. However, correlation analyses of brain imaging with neuropsychological data are yet inconsistent and further studies are needed.

Dr. Kornblum underlined the importance to understand if brain abnormalities are stable or progressive over time (neurodevelopmental or neurodegenerative defect?). Before establishing a neuroimaging biomarker we have to unravel the natural history of the neuroimaging features by longitudinal brain imaging studies.

Dr. Minnerop emphasized the need to create a uniform imaging protocol implementable across different scanner types and demonstrated several difficulties of multicenter imaging studies. One important point is the need for phantom scans before and during multicenter trial participation. Finally, the utility of high-resolution fiber tract reconstruction by polarized light imaging using post mortem brain tissue was discussed [18]. These studies are limited by the long duration of each examination but could be useful to compare neuroimaging postmortem studies and neuropathological data in selected cases.

### *2.6. Theme 6: Molecular basis of CNS dysfunction. Chair: Dr. Ranum*

DM belongs to the group of repeat-expansion disorders, neurological diseases characterized by the expansion of short repetitive elements within the human genome. There are three main mechanisms of action: protein loss of function (as fragile X tremor ataxia syndrome), protein gain of function (as Huntington disease) and RNA gain of function (as DM). In DM, the expanded RNA transcripts interfere with the activity or expression levels of specific RNA binding proteins such as muscleblind-like (MBNL) and CUG binding protein (CELF/CUGBP) deregulating the splicing program of a subset of genes resulting in DM multisystemic phenotypes [19]. New data show a prominent role of MBNL2 in CNS involvement [20]. Given the importance of MBNL proteins in DM pathogenesis, the understanding of their functions in affected cells is critical. Dr. Wang [21] identified hundreds of MBNL-regulated exons and thousands of MBNL1 binding sites across the transcriptome creating a useful resource for future studies. Another issue that emerged was how specific clinical features are associated with splicing events in the CNS, as chloride channel gene missplicing for myotonia.

Dr. Ranum reviewed the repeat-associated non-ATG (RAN) translation mechanism [22]. Dr. Ranum's laboratory previously showed that a DM1 polyglutamine protein expressed by RAN translation accumulates in DM1 patient and mouse tissues. This group is currently working to determine if this potentially pathogenic protein contributes to disease. Several questions are unresolved: how and why are RAN proteins expressed? What if any role do they play in myotonic dystrophy and normal biology? RAN translation is length dependent and longer repeats express proteins in three frames (polyglutamine, polyalanine, polyserine). It could be useful to understand the contribution of RAN mechanism to anticipation and to the increased disease severity associated with longer repeat lengths [22]. Elucidating the contribution of RAN translation on pathogenesis in DM1 and DM2 will be important for the development of therapeutic approaches.

Finally Dr. Gomez-Pereira showed his data on the alteration of synaptic proteins (RAB 3A upregulation and synapsin I, SYN1, hyperphosphorylation) in the DMSXL mouse model and in brains of patients with DM1 [23]. Now we have to understand the mechanisms of synaptic protein dysregulation (transcript expression and stability and candidate kinase). Furthermore we have to understand the functional consequences on synaptic vesicle dynamics. Would it be possible to correct the neurosecretion deficit by modulating RAB3A and SYN1? The increasing understanding of the molecular basis of DM opens the possibility to develop new treatments focused to the different pathogenic mechanisms.

### *2.7. Theme 7: Neuropathology and tissue collection; Chair: Dr. Day*

CNS pathological changes in DM are minimal and the significance in terms of pathophysiology is still not known. White matter rarefaction in cerebral hemisphere, dilated Virchow-Robin spaces and mild gliosis of hypothalamus, periaqueductal gray matter and dorsal medulla are described. An increase of pre-senile neurofibrillary tangles without plaques has been reported in DM1 [24] as well as Lewy body inclusion. Dr. Day reported the presence of heterotopic Purkinje cell (PCs) but the clinical significance is not yet clear.

To improve the usefulness of pathologic studies it should be considered to establish common autopsy protocols to collect DM specimens including the methods of preservation, the CNS regions that need to be selectively dissected and the cell type need to be collected/cultured. An issue that emerged was the frequent lack of clinical information accompanying the autopsy specimen. It is important to define the clinical features needed for CNS tissue evaluation. It will be useful to perform correlation studies and to avoid confounding factors (i.e. other CNS disease). Enhancing the communication between DM family and neurologist may increase the quantity and quality of tissue specimens knowing earlier when a surgical procedure has to be performed. Finally a biobank's creation will help the research on the CNS especially if combined with clinical data from registries.

### *2.8. Theme 8: Disease models of myotonic dystrophy; Chair: Dr. Gourdon*

Different disease models of DM have been developed to study CNS. *Caenorhabditis elegans* and zebrafish have been used to study the role of MBNL1 and MBNL2 on muscular and brain development [25,26]. A model of *Drosophila melanogaster* with RNA CUG repeat in brain structure has been created [27]. The models of *C. elegans*, zebrafish and *D. melanogaster* can be useful for drug screen at large scale.

A mouse model that recreates brain pathology is useful not only to increase our knowledge on the basis of the CNS defects in DM but also to perform preclinical tests. In three different mouse models (MBNL1 KO, MBNL2 KO, DMSXL) various CNS features have been characterized. These different models shared more or less common features giving clues on the mechanisms involved. The DMSXL mouse recreates important feature of RNA toxicity in CNS such as foci accumulation and missplicing [23]. It presents behavioural deficits (as anxiety and anhedonia), electrophysiological abnormalities (deficit in short-term synaptic plasticity) while no obvious brain structural abnormalities have emerged in MRI studies. Dr. Gourdon reported that the transgene integration site has been characterized in DMSXL mouse. The transgene lies in the Fbxl7 gene, therefore studies on Fbxl7 KO are now requested as controls.

For the future, we need to better characterize animal models for CNS through behaviour tests and comparison studies between models. More specifically, it will be interesting to test behaviour in mice over-expressing CELF proteins to understand the role of these proteins in brain dysfunction. It is also important to define biomarkers in mouse models for future pre-clinical testing.

### *2.9. Theme 9: Linking molecular basis to clinical manifestations and biomarkers. Chair: Dr. Sergeant*

DM belongs to the so-called Tauopathies, neurodegenerative disorders characterized by the presence of intraneuronal aggregates of abnormally modified microtubule-associated tau proteins (neurofibrillary tangles). In DM brain an alteration of splicing of tau promotes the expression of the foetal isoform. In some neurodegenerative disorders (as Alzheimer disease) we know which neurons are more sensitive to the degenerative process and the progression of the degeneration. In others, the presence of neurofibrillary

lesions correlate to clinical manifestation as in primary progressive language and speech disorders [28]. Therefore, it could be useful to understand which neurons are degenerating in DM and what is the relationship between the degenerative process and the clinical expression of the disease. Although few brain autopsies have been analysed, the regional distribution of neurofibrillary degeneration in DM1 is predominantly observed in the amygdalo-temporo insular region. In the frontal insula Von Economo neurons seem to be involved in social and emotional behaviour [29], which is typically impaired in adult DM1 patients. Do Von Economo neurons degenerate in DM and do they contribute to the emotional aspect of the disease? We don't know yet whether the whole insula, including the frontal part, is affected in DM1 therefore further studies are suggested.

The distribution in brain tissue of polyamine aggregates created by RNA translation has to be studied. Dr. Sergeant hypothesized a model similar to other neurodegenerative disease in which the polyamine may be toxic and propagate toxic species of polyamines or polypeptides.

A discussion on biomarker of CNS involvement and feasibility of CSF was raised. Most of the DM patients with severe cerebral involvement are children and no therapies are currently available. Therefore the use of lumbar puncture to research CNS biomarkers seems not justified now. Searching a different approach such as brain protein release on plasma could be more feasible.

### *2.10. Theme 10: Clinical research and preparedness; Chair: Dr. Day*

Dr. Day illustrated the issues that need to be resolved in order to be prepared for clinical trials in DM. The neuropsychological features to assess have to be related to the disease, responsive to treatment, and with a predictable time course. The method chosen has to be reliably used repeatedly during the short period of a clinical trial without significant learning effects and has to be reliably used in multiple locations. Finally the assessment should be brief enough to not further confound test results (i.e. introducing fatigue or other factor). How long should a trial be? Is a single or a multicenter study better? Other important issues are which CNS features are meaningful for DM patients and families and which features are most likely amenable to treatment. Finally we have to establish which patients have to be included in the study.

Dr. Eymard raised other issues regarding childhood DM1. We have to decide if performing genetic testing in

Table 1
Key points to develop in future studies.

| Theme | Key points |
|---|---|
| Theme 1 | – Create subgroups for neuroimaging, neuropathological and neuropsychological areas<br>– Define multiple biomarkers of CNS involvement |
| Theme 2 | – Establish consensus on classification of paediatric DM1 patients<br>– Create a more strict collaboration between child and adult neurologist to improve diagnosis and care of childhood form<br>– Establish a common index of quality of life |
| Theme 3 | – Increase tissue collection and create a brain bank<br>– Perform further RNA sequencing studies on post-mortem brain samples<br>– Increase study on IPS cells and ES lines |
| Theme 4 | – Establish consensus on "gold standard" for neuropsychological testing<br>– Explore social cognition and study theory of mind in DM1 children<br>– Perform longitudinal studies to understand the decline in cognitive abilities<br>– Define appropriate outcome measures to begin clinical trials |
| Theme 5 | – Perform correlative studies between white matter abnormalities and neuropsychological data<br>– Perform longitudinal neuroimaging study to understand if the brain abnormalities are stable or progressive |
| Theme 6 | – Understand the relationship between specific clinical features and splicing events in CNS<br>– Understand the role of RAN translation in DM pathogenesis |
| Theme 7 | – Establish a common autopsy protocols to collect DM specimens<br>– Define the clinical features needed for CNS tissue evaluation |
| Theme 8 | – Better characterize animal models for CNS through behaviour tests and comparison studies between models<br>– Define biomarkers in mouse model to use for pre-clinical test |
| Theme 9 | – Study the relationship between CNS degeneration and clinical expression of the disease<br>– Study Von Economo neurons and their role in emotional aspects of DM patients |
| Theme 10 | – Select neuropsychological features to assess in clinical trials<br>– Establish consensus on the clinical and genetic investigation to perform in DM1 child<br>– Establish standardized protocols and assess the benefit of focused cognitive remediation and behavioural therapy in DM1 child |
| Theme 11 | – Establish a consensus on the classification of DM1 patients in the registries<br>– Introduce more CNS parameters in registries<br>– Predispose DM registries to include paediatric patients |
| Theme 12 | – Understand how long should be a trial until a treatment effect is observed<br>– Determine if imaging abnormalities in DM patients can be pharmacologically reversed<br>– Understand the economic impact of the cognitive impairment in DM |

a child with DM1 unknown status is necessary. A consensus has to be established to select which parameters/investigations have to be assessed in childhood DM1. A correlation study between neurocognitive evaluation and other disease features and a comparative study between adult DM1 and congenital/childhood DM1 could be useful. Early interventions in DM1 child facilitating school and socio-professional integration are requested. We need to standardize protocols and assess the benefit of focused cognitive remediation and behavioural therapy. School adaptation with programs and activity dedicated specifically to the DM1 children is important too. Finally, it is necessary to create international protocols to study the use of stimulants (e.g. methylphenidate) for treating attention deficit and/or vigilance impairment.

### *2.11. Theme 11: DM registry for CNS involvement Chair: Dr. Bassez*

In this session French (Dr. Bassez), German (Dr. Schoser) and Italian (Dr. Fossati) registries were presented. Registries have a double function: they are tools for clinician and instruments for collecting relevant medical and paramedical information for a large DM population. Several issues are emerged. First of all, we have to establish a consensus to classify DM1 patients in the different registries making the data comparable. The second major issue was the presence of few CNS parameters in the existing registries and in the core features established in a previous workshop [30]. This is partially explained by the traditionally view of DM as muscular disorder but also by the difficulty to find good CNS outcomes to include in the dataset. We have to define which CNS parameters have to be included in the registries and which neuropsychological tests have to be assessed. Is it better to use simple or more complex measures? We have to standardize the parameters to enable comparability of research studies. Finally we discussed about the problem that DM1 databases are mainly dedicated to the adult form. It is necessary to build paediatric DM1 database with characterization of CNS features.

### *2.12. Theme 12: Therapeutic strategies from drug companies*

In the last session of the meeting four different drug companies presented their point of view in terms of development of new drugs for DM1 with special interest in CNS function. Dr. Morris and Dr. Pletcher stressed some important clues to be ready to clinical trial in DM. It is important to stratify patient population (e.g. cognitive ability, muscle weakness) and create registries to enrol patients. Understanding of disease progression is another important issue for clinical trial to understand how long a trial needs to be to observe treatment benefit. Dr. Wentworth focused the attention on the role of MBNL proteins in DM pathogenesis and of MBNL2 in brain dysfunction. Antisense oligonucleotide blocking the protein interactions of expanded RNA may have a therapeutic potential in DM1 [31]. Dr. Dent reaffirmed the importance to assess molecular biomarkers (as RNA biomarkers) and clinical measures to be ready for clinical trials. We need also to develop appropriate imaging biomarkers and it could be useful to conduct studies to determine if imaging abnormalities in DM1 patients can be pharmacologically reversed. The economic impact of the cognitive impairment in DM1 is another important issue. Finally, Dr. Alvarez presented new compounds that bind the toxic CUG-RNA hairpin allowing the releasing of MBNL1 and other proteins sequestered. The use of compounds that work upstream of the pathogenic cascade, should be preferred to have a wider therapeutic activity. For CNS the compounds ideally need to be able to readily cross the blood brain barrier.

## 3. Conclusions and future plans

This meeting focused the attention on CNS involvement in DM. Based on the discussions developed in the sessions it was clear that a lot of information is lacking on CNS dysfunction in DM. Several areas have to be developed in the future (Table 1). A major issue requiring attention is the creation of subgroups for the establishment of consensus protocols for neuroimaging measures, neuropathological analysis, and neuropsychological testing. Only by standardizing these evaluations can we compare studies improving the knowledge of CNS dysfunction. Another crucial point is the need for longitudinal studies to understand the disease progression and natural history and to provide basilar information to evaluate potential therapeutic effect in clinical trials. Classification of DM1 paediatric patients has to be established for research and for registries. DM registries worldwide have been created and outcome measures should be setup and to be ready for future clinical trials. CNS involvement has to be considered both in DM registries and in outcome measures for its implication in the disease and in quality of life of DM patients and families. Currently DM has to be considered as a brain disorder in addition to its classic categorization as a muscle disease. The main purpose of this workshop was to bring a small group of scientific investigators and clinicians together with industry representatives in order to move toward to consensus on several issues of CNS involvement in DM. The sharing of knowledge and expertise around the underlying of mechanisms of CNS dysfunction in myotonic dystrophy will be necessary to identify suitable targets and evaluate therapeutic benefit of current and future drug candidates.

## Acknowledgements

The workshop was supported by the Fondazione Malattie Miotoniche (FMM) and the Marigold Foundation.


## Appendix A

Workshop participants (all members of DM-CNS Group, including invited guests*

*Carmen Alvarez (Valentia Biopharma, Spain)
Nathalie Angeard (Paris, France)
Guillaume Bassez (Paris, France)
Enrico Bugiardini (Milan, Italy)
John W. Day (Stanford, CA, USA)
*Gersham Dent (Biogen-IDEC, USA)
Anne-Berit Ekström (Gothenburg, Sweden)
Bruno Eymard (Paris, France)
Barbara Fossati (Milan, Italy)
Cynthia Gagnon (Saguenay, Canada)
Mario Gomes-Pereira (Paris, France)
Geneviève Gourdon (Paris, France)
Chad Heatwole (Rochester, NY, USA)
David E. Housman (Cambridge, MA, USA)
Nicholas E. Johnson (Rochester, NY, USA)
Cornelia Kornblum (Bonn, Germany)
Don MacKenzie (Marigold Foundation, Canada)
Giovanni Meola (Milan, Italy)
Martina Minnerop (Bonn, Germany)
*Carl Morris (Pfizer, USA)
Seiji Nishino (Palo Alto, CA, USA)
Christopher E. Pearson (Toronto, Canada)
*Mat Pletcher (Pfizer, USA)
Laura Ranum (Gainesville, USA)
Sita Reddy (Los Angeles, CA, USA)
Louis Richer (Chicoutimi, Canada)
Benedikt Schoser (München, Germany)
Nicolas Sergeant (Lille, France)
Eric Wang (Cambridge, MA, USA)
*Bruce Wentworth (Genzyme/Sanofi-USA)
Stefan Winblad (Gothenburg, Sweden)
Jeffrey Wozniak (Minneapolis, USA)

Participants but unable to attend: Maurice S. Swanson (Gainesville, USA), Andrea Ladd (Cleveland, OH, USA).

## References


[1] Axford MM, Pearson CE. Illuminating CNS and cognitive issues in myotonic dystrophy: workshop report. Neuromuscul Disord 2013;23(4):370–4.

[2] Winblad S, Månsson JE, Blennow K, Jensen C, Samuelsson L, Lindberg C. Cerebrospinal fluid tau and amyloid beta42 protein in patients with myotonic dystrophy type 1. Eur J Neurol 2008;15(9):947–52.

[3] Kroksmark AK, Ekstrom AB, Bjorck E, Tulinius M. Myotonic dystrophy: muscle involvement in relation to disease type and size of expanded CTG-repeat sequence. Dev Med Child Neurol 2005;47: 478–85.

[4] Echenne B, Rideau A, Roubertie A, Sebire G, Rivier F, Lemieux B. Myotonic dystrophy type I in childhood long-term evolution in patients surviving the neonatal period. Eur J Paediatr Neurol 2008;12:210–23.

[5] Ekström AB, Hakenäs-Plate L, Tulinius M, Wentz E. Cognition and adaptive skills in myotonic dystrophy type 1: a study of 55 individuals with congenital and childhood forms. Dev Med Child Neurol 2009;51(12):982–90.

[6] Koch MC, Grimm T, Harley HG, Harper PS. Genetic risks for children of women with myotonic dystrophy. Am J Hum Genet 1991;48:1084–91.

[7] Angeard N, Gargiulo M, Jacquette A, Ravanyi H, Eymard B, Hèron D. Cognitive profile in childhood myotonic dystrophy: is there a global impairment? Neuromuscul Disord 2007;17:451–8.

[8] Heatwole C, Bode R, Johnson N, et al. Patient-reported impact of symptoms in myotonic dystrophy type 1 (PRISM-1). Neurology 2012;79(4):348–57.

[9] Johnson NE, Luebbe E, Eastwood E, Chin N, Moxley RT 3rd, Heatwole CR. The impact of congenital and childhood myotonic dystrophy on quality of life: a qualitative study of associated symptoms. J Child Neurol 2013. [Epub ahead of print]

[10] Angeard N, Jacquette A, Gargiulo M, et al. A new window on neurocognitive dysfunction in the childhood form of myotonic dystrophy type 1 (DM1). Neuromuscul Disord 2011; 21(7):468–76.

[11] Cohen D, Plaza M, Perez-Diaz F, et al. Individual cognitive training of reading disability improves word identification and sentence comprehension in adults with mild mental retardation. Res Dev Disabil 2006;27(5):501–16.

[12] Douniol M, Jacquette A, Cohen D, et al. Psychiatric and cognitive phenotype of childhood myotonic dystrophy type 1. Dev Med Child Neurol 2012;54(10):905–11.

[13] Ekström AB, Hakenas-Plate L, Samuelsson L, et al. Autism spectrum conditions in myotonic dystrophy type 1: a study on 57 individuals with congenital and childhood forms. Am J Med Genet B Neuropsychiatr Genet 2008;147B:918–26.

[14] Gagnon C, Meola G, Hébert LJ, Puymirat J, Laberge L, Leone M. Report of the first outcome measures in myotonic dystrophy type 1 (OMMYD-1) international workshop: Clearwater, Florida, November 30, 2011. Neuromuscul Disord 2013;23(12):1056–68.

[15] Meola G, Sansone V. Cerebral involvement in myotonic dystrophies. Muscle Nerve 2007;36(3):294–306.

[16] Minnerop M, Weber B, Schoene-Bake JC, et al. The brain in myotonic dystrophy 1 and 2: evidence for a predominant white matter disease. Brain 2011;134(Pt 12):3530–46.

[17] Wozniak JR, Mueller BA, Bell CJ, Muetzel RL, Lim KO, Day JW. Diffusion tensor imaging reveals widespread white matter abnormalities in children and adolescents with myotonic dystrophy type 1. J Neurol 2013;260:1122–31.

[18] Axer M, Grässel D, Kleiner M, et al. High-resolution fiber tract reconstruction in the human brain by means of three-dimensional polarized light imaging. Front Neuroinformatics 2011;5:34.

[19] Day JW, Ranum LP. RNA pathogenesis of the myotonic dystrophies. Neuromuscul Disord 2005;15(1):5–16.

[20] Charizanis K, Lee KY, Batra R. Muscleblind-like 2-mediated alternative splicing in the developing brain and dysregulation in myotonic dystrophy. Neuron 2012;75(3):437–50.

[21] Wang ET, Cody NA, Jog S, et al. Transcriptome-wide regulation of pre-mRNA splicing and mRNA localization by muscleblind proteins. Cell 2012;150(4):710–24.

[22] Zu T, Gibbens B, Doty NS, et al. Non-ATG-initiated translation directed by microsatellite expansions. Proc Natl Acad Sci USA 2011;108(1):260–5.

[23] Hernández-Hernández O, Guiraud-Dogan C, Sicot G, et al. Myotonic dystrophy CTG expansion affects synaptic vesicle proteins, neurotransmission and mouse behaviour. Brain 2013;136(Pt 3):957–70.

[24] Oyamada R, Hayashi M, Katoh Y, et al. Neurofibrillary tangles and deposition of oxidative products in the brain in cases of myotonic dystrophy. Neuropathology 2006;26(2):107–14.

[25] Machuca-Tzili LE, Buxton S, Thorpe A, et al. Zebrafish deficient for muscleblind-like 2 exhibit features of myotonic dystrophy. Dis Model Mech 2011;4(3):381–92.

[26] Spilker KA, Wang GJ, Tugizova MS, Shen K. *Caenorhabditis elegans* muscleblind homolog mbl-1 functions in neurons to regulate synapse formation. Neural Dev 2012;7:7.

[27] Garcia-Lopez A, Monferrer L, Garcia-Alcover I, Vicente-Crespo M, Alvarez-Abril MC, Artero RD. Genetic and chemical modifiers of a CUG toxicity model in Drosophila. PLoS One 2008;3(2):e1595.

[28] Deramecourt V, Lebert F, Debachy B, et al. Prediction of pathology in primary progressive language and speech disorders. Neurology 2010;74(1):42–9.

[29] Butti C, Santos M, Uppal N, Hof PR. Von Economo neurons: clinical and evolutionary perspectives. Cortex 2013;49(1):312–26.

[30] Thompson R, Schoser B, Monckton DG, Blonsky K, Lochmüller H. Patient registries and trial readiness in myotonic dystrophy. TREAT-NMD/Marigold International Workshop Report. Neuromuscul Disord 2009;19(12):860–6.

[31] Wheeler TM, Sobczak K, Lueck JD, et al. Reversal of RNA dominance by displacement of protein sequestered on triplet repeat RNA. Science 2009;325(5938):336–9.