# EXHIBIT F

INVITED REVIEW

# THE DIAGNOSIS AND TREATMENT OF MYOTONIC DISORDERS

CHAD R. HEATWOLE, MD, MS-CI, JEFFREY M. STATLAND, MD, and ERIC L. LOGIGIAN, MD

Department of Neurology, Box 673, University of Rochester Medical Center, 601 Elmwood Avenue, Rochester, New York, New York 14642, USA

Accepted 14 September 2012

**ABSTRACT:** Myotonia is a defining clinical symptom and sign common to a relatively small group of muscle diseases, including the myotonic dystrophies and the nondystrophic myotonic disorders. Myotonia can be observed on clinical examination, as can its electrical correlate, myotonic discharges, on electrodiagnostic testing. Research interest in the myotonic disorders continues to expand rapidly, which justifies a review of the scientific bases, clinical manifestations, and numerous therapeutic approaches associated with these disorders. We review the pathomechanisms of myotonia, the clinical features of the dystrophic and nondystrophic myotonic disorders, and the diagnostic approach and treatment options for patients with symptomatic myotonia.

Muscle Nerve **47:** 632–648, 2013

**C**linical myotonia is both a symptom and a sign that occurs in select neuromuscular disorders. Caused by muscle ion channel dysfunction, myotonia may produce stiffness, cramping, or an aching sensation in affected muscles. Patients with myotonia often report "painless muscle stiffness," or an inability to relax a muscle after a voluntary contraction.[1] It occurs in both skeletal and smooth muscle. When present in skeletal muscle, patients may have reduced agility or functional impairment. Myotonia in leg muscles may impair ambulation, whereas hand myotonia may reduce dexterity and occasionally cause social embarrassment when a patient cannot release a handshake. Axial myotonia may impair neck movement, and cranial muscle myotonia may interfere with chewing or eyelid opening. Smooth muscle myotonia is a suspected cause of delayed pupillary responses and gastrointestinal impairment including abdominal pain, diarrhea, bloating, and dysphagia.[2,3]

Clinicians screen for myotonia in distal hand muscles by having patients open their hands quickly after making a tight fist. When present, myotonia prevents prompt release of grip, and several seconds are required for a patient to open the hand. When severe, a patient may use the other hand to pry open the flexed fingers. Myotonia may also be detected after forced eyelid closure, resulting in a several second delay in eyelid opening. Muscle percussion with a reflex hammer, typically performed by tapping thenar, wrist extensor, or finger extensor muscles in the upper extremity, the quadriceps or gastrocnemius in the lower extremity, or even the tongue, may also produce an involuntary muscle contraction with a delay in relaxation. An example of percussion myotonia in the gastrocnemius muscle and its corresponding electromyographic myotonic discharge is shown in Figure 1.

A key characteristic of myotonia is its tendency to diminish with repeated muscle contractions, a phenomenon referred to as the "warm-up" effect. By contrast, patients with paramyotonia exhibit "paradoxical myotonia" in which muscle relaxation is progressively delayed with repetitive contractions. This important distinction helps to differentiate between different types of myotonic disorders, as discussed in what follows.

Electrical myotonia is most easily detected with needle electromyography (EMG). Upon insertion of the EMG recording electrode in relaxed muscle, trains of spontaneous muscle fiber action potentials with morphological characteristics of positive waves or fibrillation potentials are observed with waxing and waning, or sometimes waning, frequency and amplitude. Firing rates range from 20 to 80 Hz, and amplitudes range from 10 to 1000 $\mu$V.[4] Classification requires that the myotonic discharge last over 500 ms and be identified in 3 or more areas of a specific muscle outside of an end-plate region.[5] The EMG-amplified sound produced by myotonic discharges has been likened to that of a dive bomber airplane, motorcycle, or chain saw engine.[6] Figure 2 demonstrates typical examples of myotonic discharges recorded by needle EMG with waxing–waning and waning characteristics.

Myotonia is quantified using several methods. There is currently no consensus on which method is optimal for use in clinical trials.[7] Different approaches for measurement of myotonia have included observing: the duration of electrical myotonia immediately after muscle contraction (EMG relaxation time); the relaxation time of first dorsal interosseous tetanic muscle contractions evoked by trains of 30–50-Hz ulnar nerve stimulation; relaxation time of ergometer-recorded maximal hand-

**Abbreviations:** ADM, abductor digiti minimi; CMAP, compound muscle action potential; DM1, myotonic dystrophy type 1; DM2, myotonic dystrophy type 2; PC, paramyotonia congenita; SET, short exercise test
**Key words:** diagnosis; myotonia; myotonic dystrophy; nondystrophic myotonia; therapeutics
**Correspondence to:** C. Heatwole; e-mail: chad_heatwole@urmc.rochester.edu

© 2012 Wiley Periodicals, Inc.
Published online 24 September 2012 in Wiley Online Library (wileyonlinelibrary.com). DOI 10.1002/mus.23683



**FIGURE 1.** Percussion myotonia in a patient with dominantly inherited myotonia congenita. Percussion of the hypertrophied medial gastrocnemius muscle (**a**) results in a large depression in the muscle (**b**). (**c**) Waning myotonic discharges are shown as recorded from the muscle in (**a**) and (**b**). Light tap produces a repetitive single muscle fiber discharge (top trace), and stronger tap results in a longer repetitive discharge of several muscle fibers (bottom trace). Reproduced and amended with permission from Logigian EL and Barbano RL ('Applied physiology of muscle.' In: *Disorders of Voluntary Muscle*, 7th ed. 2001. 219–251. Copyright, Cambridge University Press.).

grip muscle contraction; the time required for hand opening after a maximum voluntary contraction; and the presence (or absence) of percussion myotonia in selected muscles.[7–10] Additional research is needed to further standardize these measurements and optimize their selection for use during therapeutic clinical trials.[7]

## PATHOMECHANISMS OF MYOTONIA

Myotonia is caused by skeletal muscle fiber hyperexcitability.[11] This was confirmed in early experiments in myotonic goats, where both severing the nerve and administering curarine to block neuromuscular transmission did not abolish myotonic discharges.[12] Voltage-gated chloride and sodium channels both play important roles in the electrical events of the muscle membrane. Mutations in the voltage-dependent chloride channel gene (*CLCN1*) and the α subunit of the skeletal muscle voltage-gated sodium channel gene (*SCN4a*) are implicated in the nondystrophic myotonic disorders; however, the exact pathomechanisms by which these mutations cause disease is an area of active research.[13,14]

Skeletal muscle is unique among excitable tissues in its high resting chloride conductance, which exceeds the resting potassium conductance by more than twofold.[15] With muscle activity, potassium accumulates in the t-tubular system, which in normal muscle is balanced by a high chloride conductance. Patients with myotonia congenita demonstrate greatly reduced chloride conductance compared with normal individuals.[16] In the absence of this resting chloride conductance, the length constant of the sarcolemma is significantly increased. Therefore, elevations of the potassium concentration in the t-tubular lumen during electrical activity cause depolarization of the sarcolemmal membrane and, consequently, muscle hyperexcitability.[17] This reduction in chloride conductance was later traced to the human chloride channel gene, *ClC-1*, solidly linking myotonia congenita's symptoms to its ion channel dysfunction.[18,19] The 23-exon *CLCN1* gene codes for a double-barreled dimer which contains 2 ion conduction pores.[18,20] Mutations result in a loss of function in autosomal recessive disease in which both protein subunits are affected, leading to a defective channel. In dominant disease the mutated subunit has a dominant-negative effect on the wild-type subunit, modifying either the gating or selectivity of the subsequent channel.[21]

Electrophysiological studies on human muscle revealed that chloride conductance is normal in



**FIGURE 2.** Electrical myotonia. Concentric EMG needle insertions with muscle at rest. (**a**) Time base was set to 100 ms/division. (**b**) Time base was set to 200 ms/division. A longer time base is useful in visualizing electrical myotonia. Reproduced and amended with permission from Logigian EL et al. ('Severity, type, and distribution of myotonic discharges are different in type 1 and type 2 myotonic dystrophy.' *Muscle & Nerve* 2007;35:479–485. Copyright, John Wiley & Sons.).

| Clinical and electrical myotonia* | Electrical (without clinical) myotonia | Myotonia-like symptoms without electrical myotonia |
|---|---|---|
| Myotonic dystrophy type 1 | Myotubular myopathy | Schwartz-Jampel syndrome |
| Myotonic dystrophy type 2 | Polymyositis | Stiff-person syndrome |
| Thomsen disease | Malignant hyperpyrexia | Neurogenic muscle cramps |
| Fluctuating myotonia congenita | Acid maltase deficiency | Hereditary familial episodic ataxia type 1 |
| Myotonia levoir | Hypothyroidism | Brody disease |
| Becker disease | Severe denervation | |
| Paramyotonia congenita | Caveolinopathy | |
| Hyperkalemic periodic paralysis with paramyotonia | | |
| Myotonia fluctuans | Medications/agents: | |
| Myotonia permanens | HMG-CoA reductase inhibitors | |
| Acetazolamide-responsive myotonia | Colchicine | |
| Hyperkalemic periodic paralysis with | Clofibrate | |
| | Propranolol | |
| | Fenoterol | |
| | Terbutaline | |
| | Penicillamine | |
| | Diazocholesterol | |
| | Monocarboxylic acids | |
| | Cyclosporine | |
| | Anthracene-9-carboxylic acid | |
| | 2,4-dichlororophenoxyacetic | |

Table 1. Myotonic disorders and their mimics.

*Clinical myotonia may be absent or difficult to observe in some patients.

patients with paramyotonia congenita or hyperkalemic periodic paralysis.[15,16] These patients have an anomalous persistent inward current that is blocked by tetrodotoxin, suggesting a voltage-gated sodium channel defect. Missense mutations in the muscle sodium channel gene *SCN4A* are responsible for paramyotonia congenita, potassium-aggravated myotonia, and hyperkalemic periodic paralysis. The α subunit of Nav 1.4 encoded by the *SCN4A* gene has 24 exons and is located on chromosome 17q23.1–25.3.[17,18] The α subunit has 4 repeated domains, each of which consists of 6 transmembrane helical segments.[18] Depolarization is associated with a change in channel confirmation and an inward flux of sodium ions. Mutations in *SCN4A* are thought to produce a hyperexcitable state through a "gain-of-function" process. These mutations produce delays in inactivation. The delays produce small depolarizing currents that persist after muscle fiber firing, further depolarize the membrane, and cause myotonia.[22,23] Mutations that cause longer delays in inactivation or affect steady-state gating properties can produce persistent inward sodium current. During prolonged depolarization, sodium channels switch to an inactive configuration, leading to episodes of transient weakness or outright paralysis in paramyotonia congenita and hyperkalemic periodic paralysis.[24,25] Interestingly, mutations in the same gene, all of which ultimately cause membrane depolarization, can result in both a hyperexcitable phenotype (myotonia), and a more severe phenotype (paralysis), where the membrane is depolarized, but sodium channels are inactivated.[26]

Myotonia in myotonic muscular dystrophy is not caused by mutations that specifically alter chloride or sodium channel structure, but rather there is a defect in the splicing of CLC-1 mRNA. In both myotonic dystrophy types 1 and 2, inclusions made up of expanded sequences of RNA ($CUG^{exp}$ or $CCUG^{exp}$) are believed to sequester RNA binding proteins (e.g., muscle blind–like protein, MBNL) integral to proper chloride channel pre-mRNA processing. This subsequently leads to expression of an early, nonfunctional splice variant and loss of chloride channel conductance in the muscle membrane.[27] Proof of concept for this theory was provided by a mouse model where interactions between RNA inclusions and MBNL were interrupted with antisense oligonucleotides, freeing up MBNL and correcting the chloride channel splicing defect.[28]

## DIAGNOSTIC CLASSIFICATION OF THE MYOTONIC DISORDERS

Patients referred for presumed myotonia can be classified into 3 initial diagnostic categories including patients with: (1) clinical and electrical myotonia; (2) electrical (without clinical) myotonia; and (3) myotonia-like symptoms without clinical or electrical myotonia. Table 1 lists the disorders associated with each of these categories.

Patients with clinical and electrical myotonia (category 1) can be subdivided into dystrophic and

nondystrophic myotonias. Patients with dystrophic myotonia [e.g., myotonic dystrophy type 1 (DM1) and myotonic dystrophy type 2 (DM2)] typically have progressive, fixed muscle weakness and wasting along with dystrophic muscle histology; however, clinical or electrical myotonia is often noticed before weakness. In some patients with category 1 disorders, such as DM2 and asymptomatic children with DM1, electrical myotonia can be detected in the absence of clear clinical myotonia.

Patients with nondystrophic myotonic disorders have ion channel dysfunction and electrical and clinical myotonia. In general, these disorders are much less common than either DM1 or DM2. Although they can occur, prominent weakness, atrophy, and abnormal histopathology are less frequently observed in the nondystrophic compared with dystrophic myotonic disorders.[29,30] Chloride channel disorders include autosomal dominant Thomsen disease, Thomsen disease variants (fluctuating myotonia congenita and myotonia levoir), and autosomal recessive Becker disease. Sodium channel disorders are all autosomal dominant and include paramyotonia congenita, myotonia fluctuans, myotonia permanens, acetazolamide-responsive myotonia, and hyperkalemic periodic paralysis with myotonia.[31] When compared to the sodium channel nondystrophic disorders, patients with chloride channel dysfunction report more weakness and have a more pronounced "warm-up" effect, whereas sodium channel patients are more likely to have earlier onset symptoms, painful myotonia, and eye closure myotonia.[29] Perhaps one of the most distinguishing clinical signs is paradoxical myotonia, which is unique to sodium channel patients.[29] Episodic laryngospasm has also been described in infants with sodium channel mutations.[32,33]

Historically, the nondystrophic myotonias were classified solely on their clinical features and inheritance patterns. More recently, genetic testing has further defined patients. Although informative, a purely genetic classification for the nondystrophic myotonias is not ideal, as it excludes patients with nondystrophic myotonia who lack a previously validated genetic mutation (e.g., mutations without a clear phenotype–genotype correlation).

Myotonia fluctuans, myotonia permanens, and acetazolamide-responsive myotonia are occasionally grouped together and referred to as the potassium aggravated myotonias due to their sensitivity to potassium. Unfortunately, this nomenclature may be misleading. It does not typically include either paramyotonia congenita or hyperkalemic periodic paralysis with myotonia, both sodium channelopathies that can also respond adversely to potassium.[31]

Electrical myotonia, without clinical myotonia (category 2, Table 1), is reported in patients with a variety of neuromuscular disorders.[6] These include myotubular (or centronuclear) myopathy, acid maltase deficiency (Pompe disease), polymyositis, malignant hyperthermia, caveolinopathy, hypothyroidism, and severe denervation.[4,6,34] Various medications are also reported to cause electrical myotonia without clinical myotonia. These include HMG-CoA reductase inhibitors, colchicine, clofibrate, propranolol, fenoterol, terbutaline, penicillamine, diazocholesterol, monocarboxylic acids, cyclosporine, anthracene-9-carboxylic acid, and 2,4-dichlorophenoxyacetic acid.[4,6,31,35,36] Although it is important to recognize the myotonic potential of these agents, an appropriate diagnostic evaluation may still be required in a symptomatic patient with electrical myotonia who takes one of these medications.

Finally, there are patients who present with symptoms of "stiffness," "cramping," or "spasms," without either clinical or electrical myotonia (category 3, Table 1). Although such patients are unlikely to have a myotonic myopathy, a careful history and examination, and electrodiagnostic and judicious laboratory testing can often determine the cause of symptoms and appropriate therapeutic management.[37]

### THE MYOTONIC DYSTOPHIES

**Myotonic Dystrophy Type 1 (DM1).** DM1 is an autosomal dominant disorder caused by a CTG trinucleotide expansion in the untranslated region of the dystrophia myotonica–protein kinase gene (*DMPK*) on chromosome 19q13.3.[38–40] The CTG trinucleotide expansion may lengthen with age and dramatically increase between generations.

Although muscle weakness and myotonia are the cardinal features of this disease, other organ systems are also affected. Adult-onset DM1 patients may present with a wide range of symptoms and signs, including progressive distal limb muscle weakness, atrophy, percussion or grip myotonia, mild peripheral neuropathy, cognitive dysfunction, excessive daytime sleepiness, cataracts before age 50 years, gastrointestinal symptoms (e.g., diarrhea, constipation, stomach cramping, and dysphagia), respiratory insufficiency, pain, cardiac arrhythmias, insulin resistance and diabetes, and cancer.[41,42]

On examination, the characteristic elongated face with temporal muscle wasting is often observed. Hair loss is common in men and (to a lesser extent) women. Atrophy of the forearm flexor muscles is frequently noted. Distal finger flexion and ankle dorsiflexion weakness occurs early in DM1; however, more proximal muscles

(including neck flexors and respiratory muscles) can be affected early or as the disorder progresses. Grip or percussion myotonia of thenar or finger extensor muscles can be severe and often demonstrates a "warm-up" effect. Although symptoms typically begin in adulthood, some patients with congenital or childhood-onset DM1 present earlier with more severe symptoms. In congenital DM1, infants, typically with maternal inheritance, may present at birth with hypotonia, foot deformities, impaired feeding, intracerebral hemorrhage, or respiratory failure.[41] Later in life, these children may have dysarthria, learning disabilities, or mental retardation. Childhood-onset DM1 patients present with cognitive, speech, hearing, strength, or coordination dysfunction in early to late childhood. Childhood-onset DM1 patients may also demonstrate clinical myotonia, communication difficulties, cardiac dysrhythmias, postoperative apnea, sleep disturbance, pain, fatigue, dysphagia, or bowel and bladder incontinence.[41]

On electrodiagnostic testing, nerve conduction studies may disclose a mild length-dependent axon loss polyneuropathy. Needle EMG examination shows myotonic discharges most prominent in distal limb muscles (first dorsal interosseous and tibialis anterior muscles), usually with a "waxing–waning" pattern.[43] When not obscured by myotonic discharges, analysis of motor unit potential morphology often discloses typical "myopathic" features, with a predominance of brief-duration, polyphasic, low-amplitude potentials. The definitive diagnosis of DM1 is obtained through DNA genetic testing of leukocytes with the demonstration of an expanded CTG repeat size in the patient or in an affected family member. However, a probable diagnosis can be made on clinical grounds via the identification of the typical clinical features, myotonia, and clear autosomal dominant inheritance.[44,45]

The optimal management of DM1 patients utilizes a multidisciplinary approach and consists of education, genetic counseling, monitoring for life-threatening cardiac arrhythmias or heart block (with yearly electrocardiographic or Holter testing), checking for associated diseases (e.g., cataracts, sleep apnea, diabetes, hypothyroidism, malignancy), and taking precautions during anesthesia. Symptom modification can be addressed with physical therapy and with medical therapy, specifically antimyotonic treatment for patients with functionally debilitating myotonia (see next subsection).

**Myotonic Dystrophy Type 2 (DM2).** DM2 is an autosomal dominant disorder caused by a CCTG repeat expansion on intron 1 of the *zinc finger protein 9* gene on chromosome 3q21.[46–48] Similar to DM1, the pathomechanisms underlying symptoms in DM2 are related at least in part to a spliceopathy secondary to the expression of mutant RNA.[49] The cardinal features of DM2 are clinical and electrical myotonia, cataracts before 50 years of age, and muscle weakness. In contrast to DM1, the weakness pattern in DM2 typically involves predominantly proximal muscles including hip extensors, hip flexors, abdominal muscles, neck flexors, and long flexors of the fingers.[50–53] DM2 patients also have proximal muscle pain and lower rates of respiratory failure. Unlike DM1, there is no congenital form.[50–52]

On examination, percussion and grip myotonia are frequently but not universally present. Grip myotonia in DM2 tends to have a more "jerky" or "ratchety" quality, in contrast to DM1.[54] Difficulty standing from a squatting position is common, as is calf muscle hypertrophy.[52,53] Similarly to DM1, other extramuscular symptoms may occur, such as hypogonadism, glucose intolerance, dysphagia, cognitive symptoms, and cardiac arrhythmias.[55,56]

The diagnosis of DM2 can be made in patients with a typical phenotype and confirmatory genetic testing that shows an expanded CCTG size of greater than 75 repeats in the patient or an affected family member. In general, the diagnosis of DM2 is more problematic, particularly when the main symptom is muscle pain rather than weakness and when demonstration of clinical myotonia is elusive. The latter problem is compounded, because, on needle EMG examination, myotonic discharges are less prevalent than in DM1 and are often subtler with brief waning discharges rather than the characteristic classical waxing–waning pattern.

The treatment of DM2 patients is comparable to that of DM1 patients; however, aggressive management of muscle pain is frequently needed. Antimyotonic pharmaceuticals or more traditional agents, such as nonsteroidal anti-inflammatory medication and acetaminophen, may provide relief for patients.

### CHLORIDE CHANNELOPATHIES (MYOTONIA CONGENITA DISORDERS)

**Thomsen Myotonia Congenita.** Thomsen myotonia congenita is an autosomal dominant disorder caused by a mutation of the skeletal muscle chloride channel 1 (*CLCN1*) gene.[18] Clinically, patients experience transient muscle stiffness primarily in lower more than upper extremity and facial muscles without significant weakness or symptoms referable to other organ systems.[18,31,57] Myotonia in Thomsen disease: (1) begins in early childhood or infancy; (2) is generally painless, although not always; (3) is most noticeable with vigorous muscle

contractions after prolonged rest (e.g., standing-up and walking after prolonged sitting, quickly turning the head, shaking hands); (4) demonstrates a "warm-up" effect; and (5) is frequently observable with grip testing and infrequently with eye closure.[37,58] Myotonia may be exacerbated with intense emotional stimuli, pregnancy, hypothyroidism, depolarizing anesthetic agents, and occasionally by cold exposure.[58–60]

On examination, strength, reflexes, sensation, and cerebellar function are typically normal. Clinical myotonia is usually present, but its severity and age of onset is variable.[61,62] Although patients are often athletic-appearing with obvious hypertrophy of leg, arm, and facial muscles, flexion contractures at the elbows and knees may develop.[31,59]

Electrodiagnostic testing discloses widespread myotonic discharges on needle EMG examination, which increases in intensity with cold exposure.[58,60,63] Other electrodiagnostic features include increased jitter and blocking during single-fiber needle EMG studies, a decrement in compound muscle action potential (CMAP) amplitude with 3-Hz repetitive nerve stimulation or after exercise, and characteristic findings on short exercise testing.[36,58,60,64,65] The most helpful test is repetitive short exercise testing at room temperature and with muscle cooling. Patients with dominant myotonia congenita may demonstrate either: (1) a normal pattern (Fournier pattern III); or (2) a rapid decrement in CMAP amplitude or area after 10 seconds of exercise followed by a rapid recovery over 1 minute, which typically improves with repetition of the procedure (Fournier pattern II).[65,66]

The spectrum of dominant chloride myotonia is fairly broad, and several variants have been described. *Fluctuating myotonia congenita*, like Thomsen disease, causes stiffness and myotonia exacerbated by cold, movement after rest, pregnancy, intense emotional stimulation, and fasting. In contrast to Thomsen disease, this clinical variant is associated with significant leg pain, has a later symptomatic onset (typically late in the first decade of life), has extended intervals (occasionally lasting weeks) of no stiffness, lacks muscle hypertrophy, and predominantly involves the lower extremities with occasional involvement of the orbicularis oculi and mastication muscles.[30,67] Electrical myotonia occurs in both proximal and distal muscles; however, repetitive nerve stimulation studies are reported to be normal in this disease.[31,67] *Myotonia levoir*, another clinically defined Thomsen variant, refers to an autosomal dominant chloride channelopathy that predominantly causes grip myotonia worsened by prolonged rest. Although very similar to Thomsen disease, the symptoms in myotonia levoir are milder, occur later (typically early in the second decade), and are not associated with muscle hypertrophy.[30,68]

There is no expected reduction in life expectancy with Thomsen disease, and many if not most patients with this disorder minimize their myotonic symptoms with frequent small voluntary movements to achieve continuous "warm-up." Medical management is similar for all of the myotonic chloride channelopathies. Management consists of symptomatic treatment of myotonia as well as stretching and physical therapy in order to limit the occurrence and progression of joint contracture.[60]

**Becker Myotonia Congenita.** Becker myotonia congenita is a recessively inherited nondystrophic myotonic disorder also caused by mutations in the skeletal muscle chloride channel.[18] Becker disease is symptomatically more severe than Thomsen disease. Patients often have disabling lower extremity myotonia affecting gait and episodes of transient upper extremity weakness lasting several seconds to minutes (characteristic "transient paresis" not present in Thomsen disease or its variants).[29,31,37,58,69,70] Both the transient weakness and clinical myotonia can be improved with repetitive muscle contractions. Symptoms begin late in the first decade in lower extremity muscles and can be triggered by cold exposure, prolonged exercise, menses, pregnancy, or emotional stimuli.[59] Muscle pain is also reported in approximately 15% of patients with this disease.[59]

On clinical examination, both muscle hypertrophy and distal muscle atrophy have been reported.[37] Grip myotonia occurs in 96% of patients.[59] Patients may have transient immobility after being startled. This can occasionally be recognized at the bedside by requesting that a patient urgently rise from a supine position after several minutes of rest. It is unclear if this startle response is related more to a transient increase in myotonia versus a true paralytic event. On electrodiagnostic testing, myotonic discharges are observed in proximal and distal muscles. Motor unit action potentials may be "myopathic" or normal. Short-exercise testing typically shows a reproducible drop in CMAP amplitude or area after exercise with recovery over 1 minute. This pattern (Fournier type II) is more obvious at normal temperature than in patients with dominant myotonia congenita.[65]

There is no life-expectancy reduction in Becker myotonia congenita, but patients with this disorder are more functionally impaired than those with Thomsen disease and often require medical treatment for their myotonia.

## THE SODIUM CHANNELOPATHIES

**Paramyotonia Congenita.** Paramyotonia congenita (PC) is an autosomal dominant disease caused by

a mutation of the *SCN4A* gene on chromosome 17q23.[71–73] Patients present in the first decade with myotonia or weakness in the hand, face, and neck muscles with less involvement of lower extremity muscles. Symptoms are exacerbated by cold or exercise. Parents of patients may report that their child has pain or stridor, or state that their child is clumsy and has an eye that "sticks" after periods of prolonged crying.[33,54] In addition to cold temperatures and exercise, other triggers include pregnancy, hypothyroidism, potassium injection, or fasting.[37,74] In contrast to the myotonic dystrophies and nondystrophic chloride channelopathies, most patients with paramyotonia congenita experience paradoxical exacerbation of myotonia with exercise; specifically, hand-grip or eye-closure relaxation is progressively delayed with repetition. In adults, cold exposure may produce transient disabling paralysis reversed by warming of the affected muscles.[74]

On examination, patients often appear athletic, although the presence of muscle hypertrophy is less common in PC than in myotonia congenita.[75] Paradoxical hand and eyelid myotonia can be demonstrated in most patients. Grip myotonia and weakness can be demonstrated with muscle cooling (e.g., after immersion of the hand in cold water).

On needle EMG examination, myotonic discharges are widespread but most pronounced in distal muscles. With muscle cooling, fibrillation potentials, and electrical myotonia become more obvious as grip strength declines.[76,77] When temperature declines to 28°C, fibrillation potentials abate, and at 20° an electrically silent contracture occurs with cessation of spontaneous (e.g., myotonic discharges) and voluntary EMG activity.[58] Several other electrodiagnostic findings have been reported in paramyotonia congenita. Repetitive stimulation at 5 Hz can show a CMAP amplitude decrement, single-fiber EMG may show increased jitter, fiber density, and blocking, and the short and long exercise tests show characteristic amplitude drops.[36,36,58] Specifically, the short exercise test shows a dramatic postexercise drop in CMAP amplitude or area over 1 minute of rest that is worsened by repetition of the procedure or muscle cooling (Fournier pattern I).[65]

Patients should be instructed to avoid triggers, especially cold coupled with exercise. Unsupervised immersion into cold water should also be discouraged, as it could lead to accidental drowning.[77] During surgery, patients (and their IV fluids) should be kept warm. Caution should be used when administering depolarizing or anticholinesterase agents during anesthesia, or when supplementing potassium, as these may provoke severe myotonia. When myotonia and weakness are functionally disabling, consideration is given to antimyotonic drug therapy.

**Myotonia Fluctuans.** Myotonia fluctuans is an autosomal dominant disorder originally described in a 3-generation family.[78] The characteristic features of this disease include: (1) fluctuating myotonia of varying severity; (2) the "warm-up" phenomenon; (3) no episodic or static weakness; (4) exercise- and potassium-triggered myotonia; and (5) absence of cold-triggered myotonia.[31,79]

Symptoms start in the first or second decade and involve extremity, bulbar, and extraocular myotonia.[76,78,80] Clinical myotonia is episodic in nature, lasts 30 to 120 minutes, changes in severity among attacks, and may be followed by periods of little or no clinical myotonia.[1,80] Rhabdomyolysis may occur, especially during surgery. Myotonia fluctuans patients have a rare triggering phenotype. Stiffness occurs with exercise, but unlike other myotonic disorders it typically occurs after a second period of exercise separated by 20–40 minutes of rest. This phenomenon is referred to as exercise-induced delayed-onset myotonia.[79] On examination, grip myotonia is rare; however, like paramyotonia congenita, eyelid paramyotonia is observed.

Electromyography in myotonia fluctuans demonstrates generalized myotonic discharges and fibrillation potentials. Creatine kinase levels are elevated, and muscle pathology shows increased central nuclei, fiber size variability, and sarcolemmal vacuoles.[1,36] To date, 3 point mutations in the *SCN4A* gene have been associated with this clinical phenotype.[31,76,78,80]

Patients may benefit from avoidance of symptomatic triggers, such as potassium, depolarizing and anticholinesterase agents, and 2 periods of vigorous exercise separated by 20–40 minutes of rest. In some cases antimyotonic drug therapy may be helpful.

**Myotonia Permanens.** Myotonia permanens is a rare, severe, autosomal dominant sodium channelopathy that affects children before the age of 10 years. It is caused by a mutation of the *SCN4A* gene and results in severe, persistent myotonia of the respiratory muscles, face, and limbs.[30,81] This leads to muscle hypertrophy of the neck and shoulders, life-threatening hypoxemia, and respiratory acidosis secondary to severe myotonia of the intercostal muscles.[82] Needle electromyography shows generalized, continuous myotonic discharges in the affected muscles.[81]

Depolarizing and anticholinesterase agents and potassium should be avoided, as these agents can exacerbate respiratory compromise. Antimyotonic therapies can provide symptomatic relief.

**Acetazolamide-Responsive Myotonia.** This disorder, also known as acetazolamide-responsive myotonia congenita, is an autosomal dominant sodium channelopathy. Generalized myotonia is triggered by potassium ingestion, fasting, and, occasionally, cold temperatures; it is relieved with acetazolamide use.[83] Myotonic symptoms begin before the age of 10 years in proximal, extraocular, and mastication muscles.[36] Myotonia in this disorder frequently presents with muscle pain; it is affected minimally by exercise and is not accompanied by episodic weakness.[31] On examination, patients have percussion myotonia and eyelid paramyotonia. Muscle hypertrophy may be present.[36,84] Patients may develop rhabdomyolysis and severe stiffness during surgery.[30] Figure 3 shows profound muscle hypertrophy in a 14-year-old boy with this disease.

Myotonic discharges are present in both distal and proximal muscles and are minimally responsive to cold.[83] Antimyotonic medications are useful; not surprisingly, acetazolamide is commonly used. Intravenous benzodiazepines may be useful postoperatively if severe myotonia occurs.[54] Hyperkalemia and depolarizing and anticholinesterase agents should also be avoided in patients with this disorder.

**Hyperkalemic Periodic Paralysis with Myotonia.** Hyperkalemic periodic paralysis with myotonia is an autosomal dominant sodium channelopathy. Patients experience clinical and electrical myotonia in addition to episodes of flaccid paralysis or focal weakness lasting minutes to hours.[58] Attacks are triggered by potassium supplementation, fasting, rest after exercise, cold, and intense emotional states.[58] Facial and respiratory muscle involvement in this disorder is rare. Over time, patients with this disease can develop a fixed myopathy predominantly affecting proximal leg muscles with vacuolar changes on muscle biopsy.[85]

Myotonia is present in hand and arm muscles, and paramyotonia may be observed with repetitive eyelid closure. Electrical myotonia can be detected between attacks or at attack onset. Long exercise testing typically discloses a significant postexercise CMAP amplitude or area decrement over 45-minute rest.

Management involves avoidance of triggers (fasting, exposure to cold, overexertion, fruits, and other potassium-rich foods and supplements). Oral glucose and, in severe cases, insulin may abate attacks. Calcium gluconate and β-adrenergic medications such as metaproterenol have also been used during attacks. Hydrochlorothiazide and carbonic anhydrase inhibitors are effective preventive therapies for limiting paralytic episodes.[54,86,87]



**FIGURE 3.** A 14-year-old boy with profound muscle hypertrophy and acetazolamide-responsive myotonia caused by an *SCN4a* mutation.

## DIAGNOSIS OF MYOTONIC DISORDERS

It is important to determine the cause of clinical or electrical myotonia, as this will guide management and treatment options. The diagnosis of myotonic disorders can often be made based on the history and examination of the patient and family members in conjunction with judicious confirmatory laboratory and genetic testing. Myotonic muscular dystrophy is recognized by the presence of systemic features, and the pattern of weakness—distal and facial in DM1 and more proximal in DM2. Other helpful features are the presence of pain or muscle hypertrophy in DM2 and a family history of maternally transmitted congenital disease in DM1 but not DM2.

In the absence of systemic features and dystrophic weakness, a nondystrophic myotonic disorder becomes more likely, although DM2 patients can sometimes present initially in this way.[50,75] If a nondystrophic myotonic disorder is suspected, the next question to resolve is whether the disorder is a chloride (Thomsen or Becker disease) or sodium channelopathy. Several clinical and electrodiagnostic features help in making this distinction. On the clinical side: (1) warm-up is common in the chloride and some sodium channelopathies, but it is not present in PC, where paradoxical myotonia is often found; (2) eyelid myotonia is uncommon in the chloride channelopathies, but it is often

present in the sodium channelopathies; (3) severe cold sensitivity is a characteristic feature of PC and some other sodium channelopathies, but it is less common in the chloride channelopathies; (4) obvious potassium sensitivity favors some of the sodium channelopathies over the chloride channelopathies; (5) transient weakness of short duration (seconds to minutes) is common in Becker disease, but transient weakness of long duration (hours) is typical of PC and hyperkalemic periodic paralysis; and (6) pain can be seen in both chloride and sodium channelopathies, but it is more common in the latter.[75]

Electromyography can confirm the presence, severity, and distribution of electrical myotonia and determine whether a patient has a superimposed myopathy. Low-frequency repetitive stimulation studies are not typically performed but may show a CMAP decrement in PC, Thomsen disease, and Becker disease.[31,36,60] In general, nerve conduction studies are normal, but distal sensory or motor axon loss neuropathies can be observed in the myotonic dystrophies, often a consequence of glucose dysmetabolism.

Electromyographic findings can be temperature-dependent. Cold temperatures can prolong myotonic bursts in Thomsen disease and PC, whereas extreme cold may eliminate electrical myotonia and voluntary motor unit potential activity altogether in PC.[31,58,76] In DM1 and DM2, there are differences in myotonic discharge type, severity, and distribution. DM1 predominantly has a waxing–waning pattern, whereas up to 24% of DM2 patients have been reported to have only waning discharges (without waxing).[43] In addition, in most muscles, myotonic discharges are more easily evoked in DM1 than in DM2, with the possible exceptions being proximal leg muscles (vastus lateralis and tensor fascia lata muscles), in which myotonic discharges are more readily seen in DM2 than DM1.[43]

Long and short exercise tests have emerged as useful tools to help diagnose and differentiate between the myotonic disorders.

**Long exercise test.** Baseline CMAP amplitude is established with several supramaximal ulnar stimulations at the wrist (recording the abductor digiti minimi, ADM). The patient then maximally contracts the ADM isometrically for 5 minutes with 3–4 second of rest every 15 seconds.[88] During and after this exercise, intermittent supramaximal ADM CMAPs are evoked (typically every minute during exercise and every 2 minutes after exercise for 45 minutes) to determine whether there is a significant drop in amplitude or area.[5,66,88,89] Cutoff criteria for amplitude or area decrement are somewhat variable. Abnormal amplitude (or area) ranges from >20% amplitude drop from preexercise baseline to >40.9% amplitude (or 47.8% area) drop from highest preexercise or intraexercise value.[66,89] The latter criteria are very close to those originally reported by McManis et al,[90] which we utilize in our laboratory. Long exercise testing is most useful in periodic paralysis, in which significant postexercise decrements in CMAP amplitude or area of >40% are seen in 70–100% of patients.[88,90] Among the myotonic disorders, the vast majority of patients with paramyotonia congenita and hyperkalemic periodic paralysis have significant reduction in baseline amplitude and area after exercise.[66] Chloride channelopathies, including patients with DM1 and DM2, occasionally have significant decline in CMAP amplitude during the long exercise test, but this is much less common.[66,89]

**Short exercise test (SET).** After establishing the baseline CMAP amplitude and area with supramaximal ulnar stimulation at the wrist (recording ADM) every 10 seconds for 1–2 minutes with temperature maintained at 32°–36°C, the SET is performed with maximal voluntary contraction of the ADM for 10 seconds followed by supramaximal CMAP recordings immediately afterward and then once every 10 seconds for 60 seconds. Typically this test is repeated 2 additional times at room temperature with 60 seconds of rest between each trial, and then 3 more times in the contralateral hand at cool temperatures achieved by immersion of the hand in ice-water or use of an ice bag for 7–10 minutes. At room temperature, the majority of PC patients have reduced CMAP amplitude and area in the first to the sixth stimulus that becomes more prominent with the second and third SETs (pattern I). With cooling, this effect is more dramatic such that virtually all PC patients manifest this pattern.[65,66,90] Patients with other sodium channelopathies tend to exhibit a normal SET (pattern III). At normal temperatures, patients with recessive chloride channelopathy tend to have an initial decline in the first postexercise CMAP that then repairs with subsequent stimuli in the first SET and repairs further with the second and third SETs (pattern II). Muscle cooling does not change this pattern. Dominant chloride channelopathy patients, including those with DM1 and DM2, are normal (pattern III) or have only a slight initial drop in amplitude or area at normal temperature on the first SET, but they may have a more obvious pattern II response after muscle cooling.[65,66,90]

Whereas Fournier pattern I is highly sensitive and specific for PC (and rarely other sodium

channelopathies), pattern II, with initial amplitude and area reduction of >20%, appears to be highly sensitive for chloride channelopathies. Fournier pattern III (or Fournier pattern II with decrements of <20%), can be seen in patients with chloride or sodium channelopathies.[65,90] For pattern III patients, the presence of symptomatic or paradoxical eye closure myotonia tilts the diagnosis toward sodium channelopathy, whereas the presence of falls and absence of symptomatic eye closure myotonia tilts the diagnosis toward chloride channelopathy.[90] Figure 4 outlines how SET can be helpful in guiding the diagnostic work-up of myotonic disorders.[65,66,90]

**Laboratory Studies.** The myotonic disorders frequently have abnormal laboratory profiles. The myotonic dystrophies (DM1 and DM2) are multisystemic diseases which have profound effects on both muscle and non-muscle tissues. In DM1 and DM2, mutant RNA processes cause dysfunction of the skin, brain, heart, gastrointestinal tract, endocrine system, and muscle, with higher rates of cancer of the endometrium, brain, ovary, and colon.[91] DM1 patients tend to have elevations of hemoglobin $A_{1C}$, follicle-stimulating hormone, luteinizing hormone, gamma-glutamyltransferase and creatine kinase while albumin levels and white blood cell counts are frequently low.[92] In DM2, creatine kinase, total cholesterol, lactate dehydrogenase, and alanine aminotransferase are elevated, while IgG and lymphocyte levels are frequently low.[93]

The nondystrophic myotonias may have normal or elevated CK levels. Hyperkalemic periodic paralysis with myotonia patients can demonstrate elevations in both serum potassium and CK during attacks.

Muscle biopsy is typically not necessary to confirm the diagnosis of myotonic disorders, but it can be useful in select cases. These include patients without clear clinical myotonia, cataracts before 50 years of age, or other typical systemic features of DM1 or DM2. In DM1, muscle biopsy shows pyknotic clumps, central nuclei, angular fibers, and type 1 fiber atrophy.[41,94] DM2 muscle may show central nuclei predominantly in type 2 fibers, pyknotic nuclear clumps, and type 2 fiber size variation.[55,94–96]

Nondystrophic myotonia biopsies may be normal, show evidence of muscle hypertrophy, or demonstrate an underlying myopathy, with or without fiber size variation. Signs of a vacuolar myopathy may be seen in hyperkalemic periodic paralysis.[85]

**Genetic Testing.** Genetic testing is confirmatory in DM1 and DM2. A normal CTG repeat length in *DMPK* consists of 3–37 repeats in DM1. Classically, a CTG repeat size >99 confirms the disease; however,



**FIGURE 4.** Diagnostic algorithm utilizing short exercise testing for suspected nondystrophic myotonia patients (modified from Fournier and colleagues[65]). DM1, myotonic dystrophy type 1; DM2, proximal myotonic myopathy; MC, myotonia congenita; PMC, paramyotonia congenita; SCM, sodium channel myotonia. The dashed line represents the amplitude/area baseline before the short exercise test. Reproduced with permission from John Wiley & Sons. (Tan SV, Matthews E, Barber M, Burge JA, Rajakulendran S, Fialho D, et al. 'Refined exercise testing can aid DNA-based diagnosis in muscle channelopathies.' *Ann Neurol* 2011;69:328–340.)

mild disease manifestations may occur in patients with repeat lengths as low as 50–100. Individuals with repeat lengths of 38–49 generally do not demonstrate clinical manifestations; however, this "pre-mutation" may expand and produce symptoms in subsequent generations.

DM2 is caused by a CCTG repeat expansion in *zinc finger protein 9*.[46–48] Normal individuals have 11–26 repeats; 27–74 repeats are considered to be a pre-mutation, and anywhere from 75 to >11,000 is pathological.[97]

Hyperkalemic periodic paralysis should be suspected in individuals with a history of episodes of flaccid paralysis, elevated serum potassium, fixed weakness between attacks, and abnormal long exercise testing. Approximately 60% of individuals who meet clinical criteria for hyperkalemic periodic paralysis will have a point mutation in *SCN4A*.[98] This number may be slightly conservative with modern sequencing techniques. Inheritance is autosomal dominant, and penetrance is generally considered to be >90%, but phenotypic overlap with other sodium channel myotonias has been described.[99,100] Common mutations include T704M, I693T, and M1592V.

Genetic testing for the nondystrophic myotonic disorders should be guided by clinical history, examination, precipitating and relieving factors, and short exercise testing. Chloride channel myotonias

can be autosomal dominant or recessive, although the same mutation may occur in families with both types of inheritance.[64] Patients typically demonstrate warm-up of myotonia on examination, and if transient paresis is present, it strongly suggests recessive chloride channel disease. CLCN1 sequencing will typically identify approximately 95% of mutations. To date, >150 mutations, most of which are missense or nonsense mutations, have been described. These mutations are generally scattered throughout the coding sequence with a possible hotspot in exon 8.[101] In addition, rare cases of recessive disease have been described with insertions or deletions in promoter regions.[102,103] Penetrance is highly variable, with phenotypes within a given family (with the same mutation) ranging from asymptomatic to severe myotonia. Anticipation has not been described.

The sodium channel myotonias have considerable phenotypic overlap, but eye closure myotonia is frequent. Paradoxical myotonia with worsening in cold strongly suggests PC. To date, over 40 SCN4A mutations have been described, with a possible hotspot around exon 22 and 24 for paramyotonia congenita.[104] Testing can vary from targeted mutation panels for common PC mutations (e.g., T1313M, and position 1448) to whole coding region sequencing. Penetrance is variable, and anticipation is not seen.

The rate of *de novo* mutations for the nondystrophic myotonic syndromes is not known. The specific mutations associated with the nondystrophic myotonic disorders are available for review at the OMIM (Online Mendelian Inheritance in Man) website (http://omin.org). Increasingly, commercial tests are being offered ranging from individual full channel sequencing to general myotonia screens (DM1 and DM2, chloride channel, sodium channel). Commercial laboratories can sequence both the SCN4A and CLCN1 genes using patient blood; however, the identification of previously unreported point mutations can be of unclear diagnostic utility to the clinician and patient. Correlation between specific mutations and the wide range of possible clinical phenotypes is an area of ongoing study.[31]

## PHARMACOLOGICAL TREATMENT OF MYOTONIA

Historically, many medications of various pharmacological classes have been tried in patients with symptomatic myotonia. Although a few placebo-controlled studies exist, to date, most of the medical literature regarding medical therapy of myotonia consists of either case reports or small case series.[7] A 2006 Cochrane Review of antimyotonia treatment concluded that there was insufficient data and a lack of randomized clinical trials on this topic.[7] Still, in our experience, many patients who request therapy of their myotonic symptoms reported significant benefit when treated. Occasionally, benefits extend beyond improved skeletal muscle function with relief of gastrointestinal symptoms, and even pain. Here we review the historical and recent treatments that have been used for symptomatic myotonia.

## ANTIARRHTHMIC MEDICATIONS

**Mexiletine.** Mexiletine hydrochloride is a class IB antiarrhythmic medication. It is structurally similar to lidocaine and was initially developed as a treatment for ventricular arrhythmias with subsequent use in long QT syndrome. More recently, mexiletine has gained acceptance as an effective antimyotonia therapy in both dystrophic and nondystrophic myotonia (and for both the chloride and sodium channelopathies).[105] Of all the medications used for myotonia, the data for mexiletine are the strongest, and the most supportive data for mexiletine has been (or will be) published since the last Cochrane Review.

In a 7-week, double-blind, randomized, placebo-controlled, crossover trial, researchers demonstrated mexiletine to be an effective antimyotonia drug for DM1 patients.[106–108] Specifically, mexiletine (150 mg or 200 mg 3 times daily) significantly reduced hand-grip relaxation time in DM1 patients and was both safe and well tolerated.[108] Patients who received the 150-mg dose 3 times daily were also found to have a statistically significant improvement in hand strength during the aforementioned study. Additional studies have found mexiletine to have a beneficial effect on eye opening, hand opening, stair test times, and electromyography compared to other therapeutic agents and placebo in patients with Thomsen disease ($n = 9$), DM1 ($n = 9$) and recessive generalized myotonia ($n = 12$).[105] In an infant with an SCN4A mutation, mexiletine was also reported to relieve laryngospasm.[109] Finally, a randomized, double-blind study of mexiletine (200 mg 3 times daily) vs. placebo in 60 nondystrophic patients has recently been completed. Initial reports from this study, not yet published in full form, document the safety and tolerability of this agent, as well as improvement in patient-reported stiffness, quality-of-life measures, and quantitative measures of myotonia.[110]

Mexiletine is believed to act by enhancing fast inactivation of sodium channels.[111,112] In the sodium channelopathies, where defects in fast inactivation or mutations that shift activation curves to more hyperpolarized potentials result in hyperexcitable muscle fibers and repetitive firing, mexiletine binds with high affinity and demonstrates a use-dependent sodium channel blockade.[113]

Because mexiletine is not known to affect chloride channels, improvement in myotonia in the chloride channelopathies probably results from non-specific blockade of normal sodium channels.[111,112] In contrast to lidocaine, mexilitine can be administered orally. Its half-life is 8–10 hours in normal subjects. Bioavailability is 90%, and the time to peak serum concentration is approximately 1.5 hours.[114] In general, mexiletine is well tolerated, and unwanted cardiovascular effects are relatively rare.[114] Prior studies of dystrophic and non-dystrophic myotonia patients have not demonstrated any clear electrocardiographic alterations associated with mexiletine use.[105,108] Some patients experience tremor, diplopia, or gastrointestinal disturbances; however, taking the drug with food reduces these symptoms. Thrombocytopenia and hepatitis are rare but have been reported.[114] Caution is advised for patients with epilepsy, psychosis, hepatic disease, or known refractory tachyarrhythmias.[114] Although isolated cases of arrhythmogenesis have been reported, none occurred in patients with stable ventricular arrhythmias. Arrhythmia aggravation in patients with refractory ventricular arrhythmias has been reported to be generally lower with mexiletine than with other cardiac medications.[114] Despite this, a baseline cardiologic evaluation of patients with significant cardiac symptoms or electrocardiographic abnormalities is reasonable prior to the use of this medication.

**Tocainide.** Another lidocaine derivative and a class 1b antiarrhythmic agent, tocainide, has similar effects on sodium channel function as mexiletine. In limited reports, tocainide was found to improve myotonia in patients with PC, DM1, and dominant and recessive myotonia congenita.[32,105,115–117] Unfortunately, tocainide cannot be recommended as treatment for myotonia, because it is occasionally associated with life-threatening side-effects, including agranulocytosis, pulmonary fibrosis, and interstitial pneumonitis; it may also cause gastrointestinal symptoms, light-headedness, tremor, and mental alterations.[105,118,119] Development of tocainide analogues that act on the sodium channel without producing these severe side-effects may yield useful and safe alternative treatments in the future.[120]

**Flecainide.** Flecainide is a class Ic antiarrhythmic agent commonly used for patients with inherited long QT syndromes. In contrast to class Ib agents, flecainide has a slower channel dissociation. Data supporting use of flecainide as an effective antimyotonic agent is sparse; however, its benefit in patients with *SCN4A* mutations and painful congenital myotonia has been reported.[121–123]

**Procainamide.** Procainamide is a class 1a antiarrhythmic agent. In a randomized double-blind, crossover study comparing procainamide with disopyramide (another class 1a antiarrhythmic agent) as treatment for myotonia in 10 myotonic dystrophy patients, improved hand opening was found in some patients with both therapies; 5 patients developed side-effects on procainamide.[124] Procainamide has also been reported to improve subjective symptoms of myotonia and grip relaxation in mixed myotonic patient populations.[125–127]

Unfortunately, the side-effect profile of procainamide is concerning. In addition to induction of lupus erythematosis, side-effects include potentially fatal agranulocytosis, leukopenia, and *les torsades de pointes*. The oral form of this medication is no longer available in the United States.

### ANTIEPILEPTIC MEDICATIONS
**Phenytoin.** Phenytoin is an antiepileptic and antiarrhythmic medication with sodium blocking properties in cell membranes of various tissues including skeletal muscle.[128] Compared with placebo, phenytoin has been shown to reduce hand-grip relaxation time and subjective myotonic symptoms. It is also comparable to carbamazepine in its ability to reduce electrical myotonia.[125,129] In a study of patients with various myotonic conditions, the clinical benefit of phenytoin required serum levels of >20 $\mu$g/ml, suggesting that phenytoin's potential neurotoxicity could outweigh its antimyotonia effects.[105] Ataxia, gingival hypertrophy, hepatitis, and bone marrow suppression may also complicate the use of this agent.[125]

**Carbamazepine.** Similar to phenytoin, carbamazepine is a sodium channel blocker with proven antiepileptic properties. Its use and benefit have been reported in both the sodium and chloride channel myotonic disorders.[109,130–133] In a small DM1 study comparing carbamazepine and phenytoin, improvement in electrical myotonia was observed with both therapies.[134]

### AMINO ACIDS
**Taurine.** Taurine (2-aminoethanesulfonic acid) is a sulfur-containing amino acid that stabilizes muscle membranes by increasing membrane conductance of chloride and potassium ions while altering intracellular calcium availability.[135,136] Normally, taurine is synthesized in the liver and plays a role in bile salt synthesis. It is also present in many foods from animal sources.[137] In a small placebo-controlled trial, this agent reduced subjective clinical myotonia and myotonic afterdischarges in 9 DM1 patients.[135] Supplemental levels of up to 3 g/day are thought to be safe, but amino aciduria and increases in very low-density lipoprotein and triglycerides have been reported.[135,138]

## ANTIDEPRESSANT MEDICATIONS

**Imipramine.** Imipramine is a tricyclic antidepressant that acts as an acetylcholine and histamine receptor antagonist and as a norepinephrine and serotonin reuptake inhibitor. The mechanism by which tricyclic antidepressants reduce myotonia is not clear; reduction of muscle membrane excitability through activation of the sodium potassium pump and inhibition of $\beta_2$-adrenoreceptor stimulation have been postulated.[139] In a randomized, double-blind, crossover study, imipramine improved timed grip and percussion myotonia compared with placebo in a population of 12 DM1 patients.[139] Although relatively well tolerated, imipramine at therapeutic doses can cause hyperpigmentation, arrhythmias, tachycardia, hypotension, or sedation.[140,141]

**Clomipramine.** Clomipramine is a serotonin reuptake inhibitor that blocks norepinephrine reuptake and antagonizes acetylcholine and histamine receptors.[142] In a randomized, double-blind, crossover trial of 15 patients with myotonic dystrophy, clomipramine (taken for 33 days) reduced mean grip relaxation time by 6.69 seconds compared with placebo.[143] Some patients experienced side-effects on therapy including drowsiness, dry mouth, fatigue, hyperhidrosis, and dizziness.[143]

**Amitriptyline.** Amitriptyline is a tertiary amine tricyclic antidepressant medication that inhibits neuronal membrane reuptake of serotonin and norepinephrine. In an unblinded study of 12 DM1 patients, 4–6 months of amitriptyline in addition to muscle-strengthening exercise resulted in a significant reduction in first dorsal interosseous muscle relaxation time after a 5-second maximum voluntary contraction.[144] By contrast, in patients with cold-aggravated myotonia due to an *SCN4A* gene mutation, amitriptyline was reported to provide limited to no benefit.[130]

## CALCIUM CHANNEL BLOCKERS

**Nifedipine.** Nifedipine, a calcium channel blocking antihypertensive agent, has also been evaluated as a potential treatment for myotonia. Nifedipine's antimyotonic action is thought to result from calcium channel block of the skeletal muscle membrane and from reduction of intracellular calcium.[145] In a comparison with placebo, nifedipine was tested in doses of 10 mg and 20 mg orally 3 times daily in a single-blind, crossover trial of 10 patients with myotonic dystrophy.[145] Slight but significant improvement in finger extension relaxation compared with placebo was reported in the higher dose group, and subjective improvement was reported in 50% of patients in both groups. No adverse effect on grip strength or muscle fatigability was noted, and the medication was generally well tolerated. All patients had an asymptomatic drop in systolic blood pressure while on therapy. The limitations of this individual study include its single-blind methodology and lack of subsequent confirmatory studies.

## DIURETICS

**Acetazolamide.** Acetazolamide is a carbonic anhydrase inhibitor and diuretic that increases the renal excretion of sodium and potassium while limiting the ingress of potassium into muscle.[146] Acetazolamide has direct effects on the human skeletal muscle voltage-gated chloride channel by increasing chloride conductance at voltages near the resting membrane potential through a process related to intracellular acidification.[147] Acetazolamide has been used in most of the nondystrophic myotonic disorders as a preventive therapy for muscle weakness, pain, or paralytic attacks.[31,146] Indeed, one of the sodium channel nondystrophic myotonic disorders (acetazolamide-responsive myotonia) is named for its dramatic beneficial response to this medication.[83]

In a small study of 9 myotonic patients, 7 with myotonia congenita and 2 with PC, all 7 myotonia congenita patients had a reduction in timed and subjective myotonia; 5 developed paresthesias, and 1 developed a renal calculus.[148] However, 1 of the 2 PC patients developed severe quadriparesis in addition to the abolition of myotonia; this significant side-effect has been reported previously in this population.[148,149] Subsequently, it has been suggested that PC patients with symptomatic myotonia may be treated safely with very low doses of acetazolamide.[128]

Acetazolamide's utility in DM1 and DM2 is less clear. In one series of 10 myotonic dystrophy patients, acetazolamide resulted in no improvement of hand relaxation time; however, dramatic improvement in myotonia in a single patient unresponsive to phenytoin therapy has been reported.[130,150,151]

Although acetazolamide is generally well tolerated, nephrolithiasis has been reported in 3 of 20 neuromuscular patients (15%) receiving it for treatment of myotonia and periodic paralysis.[148,152] Other reported side-effects include paresthesias, anorexia, altered taste, drowsiness, vomiting, weight loss, renal failure, renal calculi, osteoporosis, and hematologic and hepatic dysfunction.[77,148] Obstructive pulmonary disease, hepatic insufficiency, and diabetes are relative contraindications for use of this medication.[77] Screening and periodic ultrasound examinations should be considered to detect nephrolithiasis in patients on this medication.

## MISCELLANEOUS MEDICATIONS

**Quinine.** Quinine sulfate is an antimalarial agent that has been used historically as an antimyotonic agent.[126,153] This agent is not a viable therapy for myotonic symptoms given its potential life-threatening side-effects, including thrombocytopenia, hemolytic–uremic syndrome, and thrombotic thrombocytopenic purpura, which have led to an FDA warning.[154]

**Dantrolene.** Dantrolene is a skeletal muscle relaxant that reduces calcium ion release from the sarcoplasmic reticulum thereby lowering myoplasmic calcium ion concentration. Clinically, dantrolene is utilized for treatment of spasticity and malignant hyperthermia; however, it has also been observed to reduce hand myotonia in a 3-year-old patient with Thomsen disease.[155] In DM1, the clinical and electrodiagnostic antimyotonic effects have been minimal.[155,156]

**Dehydroepiandrosterone Sulfate (DHEAS).** DHEAS is a naturally occurring adrenal androgen. One unblinded pilot study of this agent showed reduced grip and percussion myotonia in 11 myotonic dystrophy patients after 2–4 weeks of intravenous DHEAS.[129]

## OVERVIEW

The myotonic disorders are a heterogeneous group of disorders joined by a common clinical symptom and characteristic electrodiagnostic features. A thorough history, neuromuscular examination, and electrodiagnostic testing can usually differentiate the specific myotonic disorders. Although genetic testing can be helpful and confirmatory and has an important place in the research setting, it is generally not essential in patients with well-defined clinical symptoms and a first-degree family member with positive genetic testing. In symptomatic patients without a genetically confirmed family member, genetic testing is indicated to help guide management, risk factor reduction, and counseling. Genetic testing in asymptomatic individuals with a first-degree relative with confirmed genetic disease is more controversial. An asymptomatic DM1 patient's first symptom may be a life-ending cardiac event. To this end, some experts advocate neuromuscular evaluation, genetic counseling and testing, and subsequent cardiac monitoring to look for progressive, yet treatable, heart block in at-risk patients. Genetic counseling and testing should also be considered in asymptomatic patients at risk for DM1 who are considering reproduction. Children born with DM1 may be severely affected even when the parent's symptoms are minimal. When utilized, *in vitro* fertilization and preimplantation diagnostic methods can significantly reduce the risk of DM1 transmission between generations and can be offered to patients with positive DM1 genetic testing.

Clinical myotonia is a symptom amenable to pharmacological treatment, particularly when it interferes with daily function and when behavioral modification fails. A variety of antimyotonic pharmacological options exist. Although additional research is needed, mexiletine has emerged as a first-line therapy for relief of disabling symptomatic myotonia in both the dystrophic and nondystrophic myotonic disorders. In cases of treatment failure or side-effect intolerability, clinicians may utilize alternative agents for symptomatic relief.

The authors thank Tracy Forrester for her assistance with figure, bibliography, and table preparation. This study was supported by the National Institute of Arthritis and Musculoskeletal and Skin Disorders (1K23-AR055947 to C.R.H.).

## REFERENCES

1. Hudson AJ, Ebers GC, Bulman DE. The skeletal muscle sodium and chloride channel diseases. Brain 1995;118:547–563.
2. Alon M, Korczyn AD. Pupillary responses and blink reflex in myotonic dystrophy. Clin Auton Res 1992;2:17–19.
3. Harvey JC, Sherbourne DH, Siegel CI. Smooth muscle involvement in myotonic dystrophy. Am J Med 1965;39:81–90.
4. Preston D, Shapiro B. Electromyography and neuromuscular disorders. Boston: Butterworth-Heinemann; 1998.541–559 p.
5. Streib EW. AAEE minimonograph #27: differential diagnosis of myotonic syndromes. Muscle Nerve 1987;10:603–615.
6. Kimura J. Electrodiagnosis in diseases of nerve and muscle. Philadelphia: F.A. Davis; 1989. p 252–254.
7. Trip J, Drost G, van Engelen BGM, Faber CG. Drug treatment for myotonia. Cochrane Database Syst Rev 2006;2.
8. Logigian EL, Blood CL, Dilek N, Martens WB, Moxley RT, Wiegner AW, et al. Quantitative analysis of the "warm-up" phenomenon in myotonic dystrophy type 1. Muscle Nerve 2005;32:35–42.
9. Moxley RT III, Logigian EL, Martens WB, Annis CL, Pandya S, Moxley RT, et al. Computerized hand grip myometry reliably measures myotonia and muscle strength in myotonic dystrophy (DM1). Muscle Nerve 2007;36:320–328.
10. Logigian EL, Twydell P, Dilek N, Martens WB, Quinn C, Wiegner AW, et al. Evoked myotonia can be "dialed-up" by increasing stimulus train length in myotonic dystrophy type 1. Muscle Nerve 2010;41:191–196.
11. Pusch M. Myotonia caused by mutations in the muscle chloride channel gene CLCN1. Hum Mutat 2002;19:423–434.
12. Brown GL, Harvey AM. Congenital myotonia in the goat. Brain 1939;62:341–341–363.
13. Ryan AM, Matthews E, Hanna MG. Skeletal-muscle channelopathies: periodic paralysis and nondystrophic myotonias. Curr Opin Neurol 2007;20:558–563.
14. Burge JA, Hanna MG. Novel insights into the pathomechanisms of skeletal muscle channelopathies. Curr Neurol Neurosci Rep 2012; 12:62–69.
15. Hodgkin AL, Horowicz P. The influence of potassium and chloride ions on the membrane potential of single muscle fibres. J Physiol 1959;148:127–160.
16. Bryant SH, Morales-Aguilera A. Chloride conductance in normal and myotonic muscle fibres and the action of monocarboxylic aromatic acids. J Physiol 1971;219:367–383.
17. Adrian RH, Bryant SH. On the repetitive discharge in myotonic muscle fibres. J Physiol 1974;240:505–515.
18. Koch MC, Steinmeyer K, Lorenz C, Ricker K, Wolf F, Otto M, et al. The skeletal muscle chloride channel in dominant and recessive human myotonia. Science 1992;257:797–800.
19. George AL Jr, Crackower MA, Abdalla JA, Hudson AJ, Ebers GC. Molecular basis of Thomsen's disease (autosomal dominant myotonia congenita). Nat Genet 1993;3:305–310.
20. Dutzler R, Campbell EB, Cadene M, Chait BT, MacKinnon R. X-ray structure of a ClC chloride channel at 3.0 A reveals the molecular basis of anion selectivity. Nature 2002;415:287–294.
21. Duffield M, Rychkov G, Bretag A, Roberts M. Involvement of helices at the dimer interface in ClC-1 common gating. J Gen Physiol 2003;121:149–161.

22. Mitrovic N, George AL Jr, Lerche H, Wagner S, Fahlke C, Lehmann-Horn F. Different effects on gating of three myotonia-causing mutations in the inactivation gate of the human muscle sodium channel. J Physiol 1995;487:107–114.
23. Hayward LJ, Brown RH Jr, Cannon SC. Inactivation defects caused by myotonia-associated mutations in the sodium channel III–IV linker. J Gen Physiol 1996;107:559–576.
24. Cummins TR, Zhou J, Sigworth FJ, Ukomadu C, Stephan M, Ptacek LJ, et al. Functional consequences of a Na+ channel mutation causing hyperkalemic periodic paralysis. Neuron 1993;10:667–678.
25. Yang N, Ji S, Zhou M, Ptacek LJ, Barchi RL, Horn R, et al. Sodium channel mutations in paramyotonia congenita exhibit similar biophysical phenotypes in vitro. Proc Natl Acad Sci USA 1994;91:12785–12789.
26. Cannon SC. Pathomechanisms in channelopathies of skeletal muscle and brain. Annu Rev Neurosci 2006;29:387–415.
27. Mankodi A, Takahashi MP, Jiang H, Beck CL, Bowers WJ, Moxley RT, et al. Expanded CUG repeats trigger aberrant splicing of ClC-1 chloride channel pre-mRNA and hyperexcitability of skeletal muscle in myotonic dystrophy. Mol Cell 2002;10:35–44.
28. Wheeler TM, Sobczak K, Lueck JD, Osborne RJ, Lin X, Dirksen RT, et al. Reversal of RNA dominance by displacement of protein sequestered on triplet repeat RNA. Science 2009;325:336–339.
29. Trip J, Drost G, Ginjaar HB, Nieman FH, van der Kooi AJ, de Visser M, et al. Redefining the clinical phenotypes of non-dystrophic myotonic syndromes. J Neurol Neurosurg Psychiatry 2009;80:647–652.
30. Moxley RT. Approach to the evaluation of myotonia. American Academy of Neurology Lecture; 2004.
31. Heatwole CR, Moxley RT. The non-dystrophic myotonias. NeuroRX 2007;4:238–251.
32. Rudel R, Dengler R, Ricker K, Haass A, Emser W. Improved therapy of myotonia with the lidocaine derivative tocainide. J Neurol 1980;222:275–278.
33. Matthews E, Manzur AY, Sud R, Muntoni F, Hanna MG. Stridor as a neonatal presentation of skeletal muscle sodium channelopathy. Arch Neurol 2011;68:127–129.
34. Milone M, McEvoy KM, Sorenson EJ, Daube JR. Myotonia associated with caveolin-3 mutation. Muscle Nerve 2012;45:897–900.
35. Dumitru D, Amato A. Introduction to myopathies and muscle tissue's reaction to injury. In: Electrodiagnostic medicine. Philadelphia: Hanley and Belfus; 2002.1229–1264 p.
36. Amato A, Dumitru D. Hereditary myopathies. In: Electrodiagnostic medicine. Philadelphia: Hanley and Belfus; 2002.1265–1370 p.
37. Moxley RT, Tawil R. Channelopathies,: myotonic disorders and periodic paralysis. In: Swaiman KAshwal S, Ferriero D,editors. Pediatric neurology,: principles and practice. Philadelphia. Mosby: Mosby; 2006.
38. Fu YH, Pizzuti A, Fenwick RG Jr, King J, Rajnarayan S, Dunne PW, et al. An unstable triplet repeat in a gene related to myotonic muscular dystrophy. Science 1992;255:1256–1258.
39. Mahadevan M, Tsilfidis C, Sabourin L, Shutler G, Amemiya C, Jansen G, et al. Myotonic dystrophy mutation: an unstable CTG repeat in the 3′ untranslated region of the gene. Science 1992;255:1253–1255.
40. Brook JD, McCurrach ME, Harley HG, Buckler AJ, Church D, Aburatani H, et al. Molecular basis of myotonic dystrophy: expansion of a trinucleotide (CTG) repeat at the 3′ end of a transcript encoding a protein kinase family member. Cell 1992;69:385.
41. Harper P. Myotonic dystrophy. Philadelphia: Saunders; 2001.
42. Gadalla SM, Lund M, Pfeiffer RM, Gortz S, Mueller CM, Moxley RT III, et al. Cancer risk among patients with myotonic muscular dystrophy. JAMA 2011;306:2480–2486.
43. Logigian EL, Ciafaloni E, Quinn LC, Dilek N, Pandya S, Moxley RT III, et al. Severity, type, and distribution of myotonic discharges are different in type 1 and type 2 myotonic dystrophy. Muscle Nerve 2007;35:479–485.
44. New nomenclature and DNA testing guidelines for myotonic dystrophy type, 1 (DM1). The International Myotonic Dystrophy Consortium (IDMC). Neurology 2000;54:1218–1221.
45. Griggs RC, Wood DS. Criteria for establishing the validity of genetic recombination in myotonic dystrophy. Neurology 1989;39:420–421.
46. Bachinski LL, Udd B, Meola G, Sansone V, Bassez G, Eymard B, et al. Confirmation of the type 2 myotonic dystrophy (CCTG)n expansion mutation in patients with proximal myotonic myopathy/proximal myotonic dystrophy of different European origins: a single shared haplotype indicates an ancestral founder effect. Am J Hum Genet 2003;73:835–848.
47. Liquori CL, Ricker K, Moseley ML, Jacobsen JF, Kress W, Naylor SL, et al. Myotonic dystrophy type 2 caused by a CCTG expansion in intron 1 of ZNF9. Science 2001;293:864–867.
48. Ranum LP, Rasmussen PF, Benzow KA, Koob MD, Day JW. Genetic mapping of a second myotonic dystrophy locus. Nat Genet 1998;19:196–198.
49. Wheeler TM, Thornton CA. Myotonic dystrophy: RNA-mediated muscle disease. Curr Opin Neurol 2007;20:572–576.
50. Day JW, Ricker K, Jacobsen JF, Rasmussen LJ, Dick KA, Kress W, et al. Myotonic dystrophy type 2: molecular, diagnostic and clinical spectrum. Neurology 2003;60:657–664.
51. Moxley RT III, Meola G, Udd B, Ricker K. Report of the 84th ENMC workshop: PROMM (proximal myotonic myopathy) and other myotonic dystrophy-like syndromes: 2nd workshop. 13–15th October, 2000, Loosdrecht, The Netherlands. Neuromuscul Disord 2002;12:306–317.
52. Ricker K, Koch MC, Lehmann-Horn F, Pongratz D, Speich N, Reiners K, et al. Proximal myotonic myopathy. Clinical features of a multisystem disorder similar to myotonic dystrophy. Arch Neurol 1995;52:25–31.
53. Thornton CA, Griggs RC, Moxley RT III. Myotonic dystrophy with no trinucleotide repeat expansion. Ann Neurol 1994;35:269–272.
54. Heatwole C, Moxley R. Channelopathies: myotonic disorders and periodic paralysis. In: Swaiman's pediatric principles and practice 5th ed. Philadelphia: Elsevier Saunders; 2012.
55. Day JW, Ricker K, Jacobsen JF, Rasmussen LJ, Dick KA, Kress W, et al. Myotonic dystrophy type 2: molecular, diagnostic and clinical spectrum. Neurology 2003;60:657–664.
56. Meola G, Moxley RT III. Myotonic dystrophy type 2 and related myotonic disorders. J Neurol 2004;251:1173–1182.
57. Davies NP, Hanna MG. Neurological channelopathies: diagnosis and therapy in the new millennium. Ann Med 1999;31:406–420.
58. Shapiro B, Ruff R. Disorders of skeletal muscle membrane excitability myotonia congenita, paramyotonia congenita, periodic paralysis, and related disorders. In:Katirji B, Kaminski H, Preston D, Ruff R, Shapiro B, editors. Neuromuscular disorders in clinical practice. Boston: Butterworth-Heinemann; 2002.987–1020p.
59. Becker P, Knussmann R, Kuhn E. Myotonia congenita and syndromes assoicated with myotonia. In: Topics in human genetics. Vol. III. Stuttgart: Thieme; 1977.1–178 p.
60. Gutmann L, Phillips LH II. Myotonia congenita. Semin Neurol 1991;11:244–248.
61. Duno M, Colding-Jorgensen E, Grunnet M, Jespersen T, Vissing J, Schwartz M. Difference in allelic expression of the CLCN1 gene and the possible influence on the myotonia congenita phenotype. Eur J Hum Genet 2004;12:738–743.
62. Koty PP, Pegoraro E, Hobson G, Marks HG, Turel A, Flagler D, et al. Myotonia and the muscle chloride channel: dominant mutations show variable penetrance and founder effect. Neurology 1996;47:963–968.
63. Russell SH, Hirsch NP. Anaesthesia and myotonia. Br J Anaesth 1994;72:210–216.
64. Colding-Jorgensen E. Phenotypic variability in myotonia congenita. Muscle Nerve 2005;32:19–34.
65. Fournier E, Viala K, Gervais H, Sternberg D, Arzel-Hezode M, Laforet P, et al. Cold extends electromyography distinction between ion channel mutations causing myotonia. Ann Neurol 2006;60:356–365.
66. Fournier E, Arzel M, Sternberg D, Vicart S, Laforet P, Eymard B, et al. Electromyography guides toward subgroups of mutations in muscle channelopathies. Ann Neurol 2004;56:650–661.
67. Wagner S, Deymeer F, Kurz LL, Benz S, Schleithoff L, Lehmann-Horn F, et al. The dominant chloride channel mutant G200R causing fluctuating myotonia: clinical findings, electrophysiology, and channel pathology. Muscle Nerve 1998;21:1122–1128.
68. Lehmann-Horn F, Mailander V, Heine R, George AL. Myotonia levior is a chloride channel disorder. Hum Mol Genet 1995;4:1397–1402.
69. Zwarts MJ, van Weerden TW. Transient paresis in myotonic syndromes. A surface EMG study. Brain 1989;112:665–680.
70. Drost G, Blok JH, Stegeman DF, van Dijk JP, van Engelen BG, Zwarts MJ. Propagation disturbance of motor unit action potentials during transient paresis in generalized myotonia: a high-density surface EMG study. Brain 2001;124:352–360.
71. Ptacek LJ, Trimmer JS, Agnew WS, Roberts JW, Petajan JH, Leppert M. Paramyotonia congenita and hyperkalemic periodic paralysis map to the same sodium-channel gene locus. Am J Hum Genet 1991;49:851–854.
72. Ptacek LJ, Gouw L, Kwiecinski H, McManis P, Mendell JR, Barohn RJ, et al. Sodium channel mutations in paramyotonia congenita and hyperkalemic periodic paralysis. Ann Neurol 1993;33:300–307.
73. McClatchey AI, Trofatter J, McKenna-Yasek D, Raskind W, Bird T, Pericak-Vance M, et al. Dinucleotide repeat polymorphisms at the SCN4A locus suggest allelic heterogeneity of hyperkalemic periodic paralysis and paramyotonia congenita. Am J Hum Genet 1992;50:896–901.
74. Streib EW. Paramyotonia congenita. Semin Neurol 1991;11:249–257.
75. Matthews E, Fialho D, Tan SV, Venance SL, Cannon SC, Sternberg D, et al. The non-dystrophic myotonias: molecular pathogenesis, diagnosis and treatment. Brain 2010;133:9–22.
76. Brooke M. Disorders of skeletal muscle. In: Bradley WG, Daroff RB, Fenichel GM, Marsden CD, editors. Neurology in clinical practice. Boston: Butterworth-Heinemann; 2000.2187–2235 p.

77. Moxley RT III. Channelopathies. Curr Treat Options Neurol 2000; 2:31–47.
78. Ricker K, Lehmann-Horn F, Moxley RT III. Myotonia fluctuans. Arch Neurol 1990;47:268–272.
79. Ricker K, Moxley RT III, Heine R, Lehmann-Horn F. Myotonia fluctuans. A third type of muscle sodium channel disease. Arch Neurol 1994;51:1095–1102.
80. Rudel R, Ricker K, Lehmann-Horn F. Genotype–phenotype correlations in human skeletal muscle sodium channel diseases. Arch Neurol 1993;50:1241–1248.
81. Colding-Jorgensen E, Duno M, Vissing J. Autosomal dominant monosymptomatic myotonia permanens. Neurology 2006;67:153–155.
82. Lehmann-Horn F, Rudel R. Hereditary nondystrophic myotonias and periodic paralyses. Curr Opin Neurol 1995;8:402–410.
83. Trudell RG, Kaiser KK, Griggs RC. Acetazolamide-responsive myotonia congenita. Neurology 1987;37:488–491.
84. Ptacek LJ, Tawil R, Griggs RC, Storvick D, Leppert M. Linkage of atypical myotonia congenita to a sodium channel locus. Neurology 1992;42:431–433.
85. Miller TM, Dias da Silva MR, Miller HA, Kwiecinski H, Mendell JR, Tawil R, et al. Correlating phenotype and genotype in the periodic paralyses. Neurology 2004;63:1647–1655.
86. Sansone V, Links T, Meola G, Rose MR. Treatment for periodic paralysis. Cochrane Database Syst Rev 2006;2.
87. Sansone V, Meola G, Links TP, Panzeri M, Rose MR. Treatment for periodic paralysis. Cochrane Database Syst Rev 2008;(1):CD005045.
88. McManis PG, Lambert EH, Daube JR. The exercise test in periodic paralysis. Muscle Nerve 1986;9:704–710.
89. Kuntzer T, Flocard F, Vial C, Kohler A, Magistris M, Labarre-Vila A, et al. Exercise test in muscle channelopathies and other muscle disorders. Muscle Nerve 2000;23:1089–1094.
90. Tan SV, Matthews E, Barber M, Burge JA, Rajakulendran S, Fialho D, et al. Refined exercise testing can aid DNA-based diagnosis in muscle channelopathies. Ann Neurol 2011;69:328–340.
91. Gadalla SM, Lund M, Pfeiffer RM, Gortz S, Mueller CM, Moxley RT III, et al. Cancer risk among patients with myotonic muscular dystrophy. JAMA 2011;306:2480–2486.
92. Heatwole CR, Miller J, Martens B, Moxley RT III. Laboratory abnormalities in ambulatory patients with myotonic dystrophy type 1. Arch Neurol 2006;63:1149–1153.
93. Heatwole C, Johnson N, Goldberg B, Martens W, Moxley R III. Laboratory abnormalities in patients with myotonic dystrophy type 2. Arch Neurol 2011;68:1180–1184.
94. Vihola A, Bassez G, Meola G, Zhang S, Haapasalo H, Paetau A, et al. Histopathological differences of myotonic dystrophy type 1 (DM1) and PROMM/DM2. Neurology 2003;60:1854–1857.
95. Schoser BG, Schneider-Gold C, Kress W, Goebel HH, Reilich P, Koch MC, et al. Muscle pathology in 57 patients with myotonic dystrophy type 2. Muscle Nerve 2004;29:275–281.
96. Pisani V, Panico MB, Terracciano C, Bonifazi E, Meola G, Novelli G, et al. Preferential central nucleation of type 2 myofibers is an invariable feature of myotonic dystrophy type 2. Muscle Nerve 2008;38:1405–1411.
97. Liquori CL, Ikeda Y, Weatherspoon M, Ricker K, Schoser BG, Dalton JC, et al. Myotonic dystrophy type 2: human founder haplotype and evolutionary conservation of the repeat tract. Am J Hum Genet 2003;73:849–862.
98. Jurkat-Rott K, Lehmann-Horn F. Genotype-phenotype correlation and therapeutic rationale in hyperkalemic periodic paralysis. Neurotherapeutics 2007;4:216–224.
99. McClatchey AI, McKenna-Yasek D, Cros D, Worthen HG, Kuncl RW, DeSilva SM, et al. Novel mutations in families with unusual and variable disorders of the skeletal muscle sodium channel. Nat Genet 1992;2:148–152.
100. Wagner S, Lerche H, Mitrovic N, Heine R, George AL, Lehmann-Horn F. A novel sodium channel mutation causing a hyperkalemic paralytic and paramyotonic syndrome with variable clinical expressivity. Neurology 1997;49:1018–1025.
101. Fialho D, Schorge S, Pucovska U, Davies NP, Labrum R, Haworth A, et al. Chloride channel myotonia: exon 8 hot-spot for dominant-negative interactions. Brain 2007;130:3265–3274.
102. Meyer-Kleine C, Ricker K, Otto M, Koch MC. A recurrent 14 bp deletion in the CLCN1 gene associated with generalized myotonia (Becker). Hum Mol Genet 1994;3:1015–1016.
103. Nagamitsu S, Matsuura T, Khajavi M, Armstrong R, Gooch C, Harati Y, et al. A "dystrophic" variant of autosomal recessive myotonia congenita caused by novel mutations in the CLCN1 gene. Neurology 2000;55:1697–1703.
104. Matthews E, Tan SV, Fialho D, Sweeney MG, Sud R, Haworth A, et al. What causes paramyotonia in the United Kingdom? Common and new SCN4A mutations revealed. Neurology 2008;70:50–53.
105. Kwiecinski H, Ryniewicz B, Ostrzycki A. Treatment of myotonia with antiarrhythmic drugs. Acta Neurol Scand 1992;86:371–375.
106. Pouget J, Serratrice G. Myotonia with muscular weakness corrected by exercise. The therapeutic effect of mexiletine. Rev Neurol (Paris) 1983;139:665–672.
107. Leheup B, Himon F, Morali A, Brichet F, Vidailhet M. Value of mexiletine in the treatment of Thomsen–Becker myotonia. Arch Fr Pediatr 1986;43:49–50.
108. Logigian EL, Martens WB, Moxley RT IV, McDermott MP, Dilek N, Wiegner AW, et al. Mexiletine is an effective antimyotonia treatment in myotonic dystrophy type 1. Neurology 2010;74:1441–1448.
109. Lion-Francois L, Mignot C, Vicart S, Manel V, Sternberg D, Landrieu P, et al. Severe neonatal episodic laryngospasm due to de novo SCN4A mutations: a new treatable disorder. Neurology 2010;75: 641–645.
110. Barohn R, Wang Y, Herbelin L, Bundy B, Trivedi J, Hanna M, et al. Phase II Therapeutic Trial of Mexiletine in Non-Dystrophic Myotonia. Neurology 2011;76(suppl 4):S56.004:A645.
111. Jurkat-Rott K, Lehmann-Horn F. Human muscle voltage-gated ion channels and hereditary disease. Curr Opin Pharmacol 2001;1: 280–287.
112. Lehmann-Horn F, Jurkat-Rott K. Voltage-gated ion channels and hereditary disease. Physiol Rev 1999;79:1317–1372.
113. Desaphy JF, De Luca A, Tortorella P, De Vito D, George AL Jr, Conte Camerino D. Gating of myotonic Na channel mutants defines the response to mexiletine and a potent derivative. Neurology 2001;57:1849–1857.
114. Campbell RW. Mexiletine. N Engl J Med 1987;316:29–34.
115. Streib EW. Paramyotonia congenita: successful treatment with tocainide. Clinical and electrophysiologic findings in seven patients. Muscle Nerve 1987;10:155–162.
116. Streib EW. Successful treatment with tocainide of recessive generalized congenital myotonia. Ann Neurol 1986;19:501–504.
117. Mielke U, Haass A, Sen S, Schmidt W. Antimyotonic therapy with tocainide under ECG control in the myotonic dystrophy of Curschmann-Steinert. J Neurol 1985;232:271–274.
118. Feinberg L, Travis WD, Ferrans V, Sato N, Bernton HF. Pulmonary fibrosis associated with tocainide: report of a case with literature review. Am Rev Respir Dis 1990;141:505–508.
119. Roden DM, Woosley RL. Drug therapy. Tocainide. N Engl J Med 1986;315:41–45.
120. Catalano A, Carocci A, Corbo F, Franchini C, Muraglia M, Scilimati A, et al. Constrained analogues of tocainide as potent skeletal muscle sodium channel blockers towards the development of antimyotonic agents. Eur J Med Chem 2008;43:2535–2540.
121. Aoike F, Takahashi MP, Sakoda S. Class Ic antiarrhythmics block human skeletal muscle Na channel during myotonia-like stimulation. Eur J Pharmacol 2006;532:24–31.
122. Rosenfeld J, Sloan-Brown K, George AL Jr. A novel muscle sodium channel mutation causes painful congenital myotonia. Ann Neurol 1997;42:811–814.
123. Wang DW, VanDeCarr D, Ruben PC, George AL Jr, Bennett PB. Functional consequences of a domain 1/S6 segment sodium channel mutation associated with painful congenital myotonia. FEBS Lett 1999;448:231–234.
124. Finlay M. A comparative study of disopyramide and procainamide in the treatment of myotonia in myotonic dystrophy. J Neurol Neurosurg Psychiatry 1982;45:461–463.
125. Munsat TL. Therapy of myotonia. A double-blind evaluation of diphenylhydantoin, procainamide, and placebo. Neurology 1967;17: 359–367.
126. Leyburn P, Walton JN. The treatment of myotonia: a controlled clinical trial. Brain 1959;82:81–91.
127. Fitting JW, Leuenberger P. Procainamide for dyspnea in myotonic dystrophy. Am Rev Respir Dis 1989;140:1442–1445.
128. Finkel MJ. Phenytoin revisited. Clin Ther 1984;6:577–591.
129. Sugino M, Ohsawa N, Ito T, Ishida S, Yamasaki H, Kimura F, et al. A pilot study of dehydroepiandrosterone sulfate in myotonic dystrophy. Neurology 1998;51:586–589.
130. Bissay V, Keymolen K, Lissens W, Laureys G, Schmedding E, Keyser JD. Late onset painful cold-aggravated myotonia: three families with SCN4A L1436P mutation. Neuromuscul Disord 2011;21:590–593.
131. Lyons MJ, Duron R, Molinero I, Sangiuolo F, Holden KR. Novel CLCN1 mutation in carbamazepine-responsive myotonia congenita. Pediatr Neurol 2010;42:365–368.
132. Berardinelli A, Gorni K, Orcesi S. Response to carbamazepine of recessive-type myotonia congenita. Muscle Nerve 2000;23:138–39.
133. Savitha MR, Krishnamurthy B, Hyderi A, Farhan-Ul-Haque, Ramachandra NB. Myotonia congenita—a successful response to carbamazepine. Indian J Pediatr 2006;73:431–433.
134. Sechi GP, Traccis S, Durelli L, Monaco F, Mutani R. Carbamazepine versus diphenylhydantoin in the treatment of myotonia. Eur Neurol 1983;22:113–118.
135. Durelli L, Mutani R, Fassio F. The treatment of myotonia: evaluation of chronic oral taurine therapy. Neurology 1983;33:599–603.
136. Diacono J, Dietrich J. Effects of taurine on the transmembrane ionic currents of rat and guinea pig ventricular fibres. Farmaco Sci 1976;31:277–283.
137. Kendler BS. Taurine: an overview of its role in preventive medicine. Prev Med 1989;18:79–100.

138. Shao A, Hathcock JN. Risk assessment for the amino acids taurine, L-glutamine and L-arginine. Regul Toxicol Pharmacol 2008;50: 376–399.
139. Gascon GG, Staton RD, Patterson BD, Konewko PJ, Wilson H, Carlson KM, et al. A pilot controlled study of the use of imipramine to reduce myotonia. Am J Phys Med Rehabil 1989;68:215–220.
140. Keltner L, Folks D, Keltner L, Folks D. In: Psychotropic drugs. St. Louis, MO: Elsevier Mosby; 2005. p 643.
141. D'Agostino ML, Risser J, Robinson-Bostom L. Imipramine-induced hyperpigmentation: a case report and review of the literature. J Cutan Pathol 2009;36:799–803.
142. Gillman PK. Tricyclic antidepressant pharmacology and therapeutic drug interactions updated. Br J Pharmacol 2007;151:737–748.
143. Antonini G, Vichi R, Leardi MG, Pennisi E, Monza GC, Millefiorini M. Effect of clomipramine on myotonia: a placebo-controlled, double-blind, crossover trial. Neurology 1990;40:1473–1474.
144. Milner-Brown HS, Miller RG. Myotonic dystrophy: quantification of muscle weakness and myotonia and the effect of amitriptyline and exercise. Arch Phys Med Rehabil 1990;71:983–987.
145. Grant R, Sutton DL, Behan PO, Ballantyne JP. Nifedipine in the treatment of myotonia in myotonic dystrophy. J Neurol Neurosurg Psychiatry 1987;50:199–206.
146. Cleland JC, Griggs RC. Treatment of neuromuscular channelopathies: current concepts and future prospects. Neurotherapeutics 2008;5:607–612.
147. Eguchi H, Tsujino A, Kaibara M, Hayashi H, Shirabe S, Taniyama K, et al. Acetazolamide acts directly on the human skeletal muscle chloride channel. Muscle Nerve 2006;34:292–297.
148. Griggs RC, Moxley RT III, Riggs JE, Engel WK. Effects of acetazolamide on myotonia. Ann Neurol 1978;3:531–537.
149. Riggs JE, Griggs RC, Moxley RT. Acetazolamide-induced weakness in paramyotonia congenita. Ann Intern Med 1977;86:169–173.
150. Torres C, Moxley RT, Griggs RC. Quantitative testing of handgrip strength, myotonia, and fatigue in myotonic dystrophy. J Neurol Sci 1983;60:157–168.
151. Kwiecinski H. Treatment of myotonic dystrophy with acetazolamide. J Neurol 1980;222:261–263.
152. Tawil R, Moxley RT III, Griggs RC. Acetazolamide-induced nephrolithiasis: implications for treatment of neuromuscular disorders. Neurology 1993;43:1105–1106.
153. Pusponegoro HD, Zacharia J, Passat J. Myotonia congenita (Thomsen's disease) report of five cases in a family. Paediatr Indones 1991;31:170–178.
154. http://www.fda.gov/Drugs/DrugSafety/DrugSafetyNewsletter/ucm 167883.htm (accessed 8/23/12).
155. Ohtaki E, Komori H, Yamaguchi Y, Matsuishi T. Successful dantrolene sodium treatment of a patient with myotonia congenita (Thomsen's disease). Acta Paediatr Jpn 1991;33:668–671.
156. Phillips DC, Ellis FR, Exley KA, Ness MA. Dantrolene sodium and dystrophia myotonica. Anaesthesia 1984;39:568–573.