UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                  CRIMINAL NO. 3:16CR48(MPS)

NATHANIEL SMITH                       April 5, 2020

**EMERGENCY MOTION FOR RELEASE UNDER FIRST STEP ACT (COMPASSIONATE RELEASE)**

Pursuant to Section 603 of the First Step Act of 2018, 111 P.L. 391, Nathaniel Smith respectfully requests that the Court order his immediate release from the custody of the Bureau of Prisons because his preexisting condition of Myotonic Muscular Dystrophy DM1 in combination with the COVID-19 pandemic place him at grave risk of serious illness and death.

Under the First Step Act of 2018, federal prisoners may now petition courts directly for reduction of their sentences, and judges may grant such requests if "extraordinary and compelling reasons" support reduction. See First Step Act of 2018, Section 603(b), Pub. L. 115-391, 132 Stat. 5194 (2018) (amending 18 U.S.C. § 3582(c)(1)(A)(i)). Previously, courts could modify sentences under § 3582(c)(1)(A)(i) only upon motion of the BOP Director. Since the First Step Act was enacted, courts have granted relief under § 3582(c)(1)(A)(i) in numerous cases. Here, the Court has the authority to modify Mr. Smith's sentence because "extraordinary and compelling" circumstances are present.

A memorandum and supporting exhibits are filed contemporaneously with this motion. Mr. Smith respectfully requests that the Court consider this motion on an expedited basis.

Wherefore, Mr. Smith respectfully requests that the Court grant his motion.

Respectfully Submitted,

THE DEFENDANT,
Nathaniel Smith

FEDERAL DEFENDER OFFICE

Date: April 05, 2020 /s/ Kelly M. Barrett
First Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27410
Email: Kelly_barrett@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 05, 2020, a copy of the foregoing Emergency Motion for Release Under the First Step Act was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/ Kelly M. Barrett
                        Kelly M. Barrett